UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: THE BANK OF NEW YORK
MELLON ADR FX LITIGATION

16-CV-212 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 20, 2018, Magistrate Judge Cott denied Plaintiffs' motion to compel Defendant Bank of New York Mellon to respond to their January 26, 2018, document request, based in part on his conclusion that the request was untimely. (Dkt. Nos. 100, 100-5 at 21.) Plaintiffs filed an objection to Judge Cott's order on April 2, 2018. (Dkt. No. 108.)

"A district court will not set aside a magistrate judge's decision on a nondispositive matter unless it 'is clearly erroneous or is contrary to law.'" *Golden Horn Shipping Co. v. Volans Shipping Co.*, No. 14 Civ. 2168, 2015 WL 6684518, at *1 (S.D.N.Y. June 30, 2015) (quoting Fed. R. Civ. P. 72(a)).

Judge Cott's conclusion that Plaintiffs' document request was untimely, pursuant to his own discovery scheduling order (Dkt. No. 73), was not clearly erroneous. Accordingly, Plaintiffs' objection to Judge Cott's Order is OVERRULED.

SO ORDERED.

Dated: April 16, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge