**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law



ATTORNEYS AT LAW

October 16, 2018

<u>VIA ECF</u>
The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:   *In re: The Bank of New York Mellon ADR FX Litigation*, 1:16-cv-212-JPO-JLC

Dear Judge Oetken:

We represent Plaintiffs and serve as Interim Co-Lead Counsel for the proposed class in the above-captioned matter. We submit this correspondence on behalf of all parties to this action.

The parties had previously informed the Court that they had reached an agreement in principle to resolve this matter in its entirety and on a class-wide basis. The parties have now executed a term sheet, and accordingly request that the Court stay all remaining deadlines under the current scheduling order (ECF No. 62, 72 and 142). The parties further request that the Court allow for a period of up to 90 days to obtain certain third party documents relating to class notice, prepare final settlement documentation and submit a motion for preliminary approval of the proposed class action settlement.

The parties are available at the Court's convenience to discuss any questions Your Honor may have.

Respectfully submitted,

Sharan Nirmul
KESSLER TOPAZ MELTZER
& CHECK, LLP

Daniel P. Chiplock / with permission
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP

> Granted. All filing deadlines and conference dates are adjourned *sine die*. The parties shall submit a motion for preliminary approval of the proposed class action settlement on or before January 15, 2019.
> So ordered.
> Dated: October 17, 2018

_____
J. PAUL OETKEN
United States District Judge