UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: THE BANK OF NEW YORK MELLON ADR FX LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | 16-CV-00212-JPO-JLC<br><br>ECF Case |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PROPOSED FORMS AND MANNER OF NOTICE TO BE DISSEMINATED IN CONNECTION WITH THE PROPOSED SETTLEMENT**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated January 15, 2019 ("Stipulation") submitted herewith; the Parties' agreed-upon [Proposed] Order Approving Issuance of Notice and the exhibits attached thereto; the accompanying supporting memorandum; and all other papers and proceedings herein, Lead Plaintiffs David Feige, International Union of Operating Engineers Local 138 Annuity Fund, Annie L. Normand, Diana Carofano and Chester County Employees Retirement Fund hereby move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) directing that notice be provided to Settlement Class Members in the forms and manner proposed by Lead Plaintiffs; (2) appointing Lead Plaintiffs as representatives of the proposed Settlement Class for purposes of disseminating notice, and appointing Lieff Cabraser Heimann & Bernstein, LLP and Kessler Topaz Meltzer & Check LLP as counsel for the proposed Settlement Class; (3) authorizing the retention of Kurtzman Carson Consultants LLC as Claims Administrator and HF Media, LLC as Publication Notice Plan Administrator; and (4) scheduling a hearing to determine whether the Settlement is fair, reasonable, and adequate under Rule 23(e)(2) and whether the Settlement

1685162.1

Class should be certified.[1]  Pursuant to the terms of the Stipulation, this motion is unopposed by the Defendant.

Dated:  January 15, 2019                                                    Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By:  /s/ Sharan Nirmul

Joseph H. Meltzer
Sharan Nirmul
Daniel C. Mulveny
Ethan Barlieb
Jonathan F. Neumann
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
snirmul@ktmc.com
dmulveny@ktmc.com
ebarlieb@ktmc.com
jneumann@ktmc.com

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**

By:   /s/ Frank R. Schirripa
         Frank R. Schirripa
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028
fschirripa@hrsclaw.com

*Counsel for Plaintiff International Union of Operating Engineers Local 138 Annuity Fund*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:  /s/ Daniel P. Chiplock

Daniel P. Chiplock
Daniel E. Seltz
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
dchiplock@lchb.com
dseltz@lchb.com
mmiarmi@lchb.com

Elizabeth J. Cabraser
Robert L. Lieff (*of counsel*)
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
rlieff@lchb.com

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

---

[1]   All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

1685162.1