**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: THE BANK OF NEW YORK MELLON ADR FX LITIGATION | 16-CV-00212-JPO-JLC |
| | ECF Case |
| This Document Relates to: ALL ACTIONS | |

**ORDER APPROVING**
**ISSUANCE OF NOTICE**

WHEREAS, a putative class action is pending in this Court captioned *In re: The Bank of New York Mellon ADR FX Litigation*, 16-CV-00212-JPO-JLC (S.D.N.Y.) (the "Action");

WHEREAS, (i) David Feige, International Union of Operating Engineers Local 138 Annuity Fund[1], and Annie L. Normand (collectively, "Named Plaintiffs") and Diana Carofano and Chester County Employees Retirement Fund ("Intervenor Plaintiffs" and, together with Named Plaintiffs, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class (as defined below), and (ii) The Bank of New York Mellon ("Defendant" or "BNYM") have determined to settle the Action with prejudice on the terms and conditions set forth in the Stipulation and Agreement of Settlement dated January 15, 2019 (the "Stipulation") subject to approval of this Court (the "Settlement");

---

[1] The operative complaint in the Action named International Union of Operating Engineers Local 138 Pension Trust Fund rather than International Union of Operating Engineers Local 138 Annuity Fund. Lead Plaintiffs' Counsel represent that the proper Named Plaintiff is International Union of Operating Engineers Local 138 Annuity Fund and that they will take such steps to substitute the proper Named Plaintiff as are necessary to effectuate the Settlement.

WHEREAS, Lead Plaintiffs have made a motion, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order that will, among other things, direct notice of the Settlement to Settlement Class Members, as more fully described herein;

WHEREAS, Defendant does not oppose Lead Plaintiffs' motion;

WHEREAS, the Court has read and considered: (a) Lead Plaintiffs' motion for approval of the proposed form and manner of notice to be sent to the proposed Settlement Class, and the papers filed and arguments made in connection therewith; (b) the Stipulation and the exhibits attached thereto; and (c) the record in the Action, and found good cause for entering the following Order.

NOW THEREFORE, IT IS HEREBY ORDERED:

1.      **Incorporation of Definitions** – This Order hereby incorporates by reference the definitions in the Stipulation, and all capitalized terms, unless otherwise defined herein, shall have the same meanings as set forth in the Stipulation.

2.      **Approval of the Settlement** – The Court hereby finds that the Parties have shown the Court that it will likely be able to approve the proposed Settlement, as embodied in the Stipulation, as being fair, reasonable and adequate to the Settlement Class under Rule 23(e)(2) of the Federal Rules of Civil Procedure, subject to further consideration at the Final Approval Hearing to be conducted as described below.

3.      **Final Approval Hearing** – The Court will hold a settlement hearing ("Final Approval Hearing") on June 17, 2019 at 3:00 p.m.[2] in Courtroom 706 of the Thurgood

---

[2]     The Parties have respectfully requested that the Court schedule the Final Approval Hearing no earlier than 135 days after the date of entry of this Order, so that, among other things, they may comply with the provisions set forth in the Class Action Fairness Act, 28 U.S.C. § 1715(b), and the Publication Notice Plan, as set forth in paragraphs 22 through 31 of the Stipulation, can be fully completed and sufficient time provided for Settlement Class Members to object or request exclusion from the Settlement Class if they wish to do so.

Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for the following purposes: (a) to determine whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class, and should be approved by the Court; (b) to determine whether an Order and Final Judgment substantially in the form attached as Exhibit B to the Stipulation should be entered dismissing the Action with prejudice against the Defendant; (c) to determine whether the proposed Plan of Allocation for the net proceeds of the Settlement is fair and reasonable and should be approved; (d) to determine whether Lead Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses (including Service Awards to Lead Plaintiffs) should be approved; and (e) to consider any other matters that properly may be brought before the Court in connection with the Settlement.  Notice of the Settlement and the Final Approval Hearing shall be given to Settlement Class Members as set forth in ¶ 8 of this Order.

4.       The Court may adjourn the Final Approval Hearing without further notice to the Settlement Class, and may approve the proposed Settlement with such modifications as Lead Plaintiffs and Defendant may agree to, if appropriate, without further notice to the Settlement Class.

5.       **<u>Findings as to the Settlement Class</u>**– The Settlement defines the Settlement Class as all entities and individuals who at any time during the period January 1, 1997 through the date of this Order held (directly or indirectly, registered or beneficially), or otherwise claim any entitlement to any payment (whether a dividend, rights offering, interest on capital, sale of shares, or other distribution) in connection with, any American Depositary Share (sometimes known as an American Depositary Receipt) ("ADR") for which BNYM acted as the depositary sponsored by an issuer that is identified in the Appendix attached to the Stipulation (the "Settlement Class").

3

For avoidance of doubt, Settlement Class Members include all entities, organizations, and associations regardless of form, including investment funds and pension funds of any kind. BNYM and its officers, directors, legal representatives, heirs, successors, corporate parents, subsidiaries, and/or assigns, other than Investment Vehicles (which are not excluded), are excluded from the Settlement Class only to the extent that such persons or entities had a proprietary (i.e., for their own account) interest in any such ADR and not to the extent that they hold or held such ADR in a fiduciary capacity or otherwise on behalf of any third-party client, account, fund, trust, or employee benefit plan that otherwise falls within the definition of the Settlement Class. Also excluded from the Settlement Class are any persons and entities who or which exclude themselves from the Settlement Class by submitting a request for exclusion that is accepted by the Court.

6.      Solely for purposes of effectuating the proposed Settlement, the Court finds, pursuant to Rule 23(e)(1), that the prerequisites for class action certification under Rules 23(a), 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure are likely to be found to be satisfied as: (a) the members of the Settlement Class are so numerous that joinder of all Settlement Class Members in the Action is impracticable; (b) there are questions of law and fact common to the Settlement Class; (c) the claims of Lead Plaintiffs are typical of the claims of the Settlement Class; (d) the interests of all Settlement Class Members are adequately represented by Lead Plaintiffs and Lead Plaintiffs' Counsel; (e) the issues common to Settlement Class Members predominate over any individualized issues; and (f) a class action is superior to other available methods for the fair and efficient adjudication of the controversy. These findings shall be vacated if the Settlement is terminated or if for any reason the Effective Date does not occur.

7.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and solely for the purposes of effectuating the Settlement, Lead Plaintiffs are appointed as representatives for the

Settlement Class and Lead Plaintiffs' Counsel are appointed as counsel for the Settlement Class. Solely for the purposes of effectuating the proposed Settlement, Lead Plaintiffs' Counsel are authorized to act on behalf of Lead Plaintiffs and other Settlement Class Members with respect to all acts or consents required by or that may be given pursuant to the Stipulation, including all acts that are reasonably necessary to consummate the Settlement.  These designations shall be vacated if the Settlement is terminated or if for any reason the Effective Date does not occur.

8.   **Retention of Administrators and Manner of Providing Notice** – Lead Plaintiffs' Counsel are hereby authorized to retain (i) Kurtzman Carson Consultants LLC (the "Claims Administrator") to supervise and administer the notice procedure in connection with the proposed Settlement as well as to process Claims as more fully set forth below and (ii) HF Media, LLC (the "Publication Notice Plan Administrator" and, together with the Claims Administrator, the "Administrators") to conduct the Publication Notice Plan for the Settlement.  Notice of the Settlement and the Final Approval Hearing shall be given by the Administrators, under the supervision of Lead Plaintiffs' Counsel, as follows:

(a)   **Notice to Registered Holder Settlement Class Members** –

(i)   beginning no later than forty (40) business days after the date of entry of this Order (the "Notice Date"), the Claims Administrator shall cause a copy of the Post-Card Notice, substantially in the form attached hereto as Exhibit 2, to be mailed by first-class mail to Registered Holder Settlement Class Members at the addresses set forth in the records of BNYM's transfer agent;[3]

---

[3] Each Post-Card Notice will contain a unique Claim Number and PIN allowing Registered Holder Settlement Class Members to access their relevant holding and cash distribution information via a portal contained on the website www.bnymadrfxsettlement.com.

(ii)      contemporaneously with the mailing of the Post-Card Notice, the Claims Administrator shall cause copies of the Notice and Claim Form, substantially in the forms attached hereto as Exhibits 1 and 5, to be posted on a website to be developed for the Settlement (www.bnymadrfxsettlement.com), from which copies of the Notice and Claim Form can be downloaded;

(iii)      not later than seven (7) calendar days prior to the Final Approval Hearing, Lead Plaintiffs' Counsel shall serve on Defendant's Counsel and file with the Court proof, by affidavit or declaration, of such mailing and posting.

(b)      **Notice to Non-Registered Holder Settlement Class Members** –

(i)      beginning no later than ten (10) calendar days after the entry of this Order, the Publication Notice Plan Administrator shall commence the Publication Notice Plan as described in the Declaration of Jeanne C. Finegan, APR submitted to the Court with Lead Plaintiffs' motion for an order approving the form and manner of notice to the Settlement Class on January 15, 2019, which will consist of banner and search advertisements ("Banner Ads"), in the form attached hereto as Exhibit 4, and a Publication Notice to be published in various newspapers and magazines, in the form attached hereto as Exhibit 3;

(ii)      the Publication Notice Plan shall last at least sixty (60) calendar days; and

(iii)      not later than seven (7) calendar days prior to the Final Approval Hearing, Lead Plaintiffs' Counsel shall serve on Defendant's Counsel and file with the Court proof, by affidavit or declaration, of such Publication Notice Plan and the results thereof.

9.      **Approval of Form and Content of Notice** – The Court (a) approves, as to form and content, the Notice, Post-Card Notice, Publication Notice, and Banner Ads, annexed hereto as

Exhibits 1, 2, 3 and 4, respectively, and (b) finds that the mailing and distribution of the Post-Card Notice to Registered Holder Settlement Class Members, the Publication Notice Plan to Non-Registered Settlement Class Members, and the posting of the Notice on the Settlement website substantially in the manner and forms set forth in ¶ 8 of this Order (i) is the best notice practicable under the circumstances; (ii) constitutes notice that is reasonably calculated, under the circumstances, to apprise Settlement Class Members of the pendency of the Action, their right to exclude themselves from the Settlement Class, the effect of the proposed Settlement (including the Releases to be provided thereunder), Lead Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses (including Service Awards to Lead Plaintiffs), their right to object to the Settlement, the Plan of Allocation and/or Lead Plaintiffs' Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses, and their right to appear at the Final Approval Hearing; (iii) constitutes due, adequate, and sufficient notice to all persons and entities entitled to receive notice of the proposed Settlement; and (iv) satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States (including the Due Process Clause), and all other applicable laws and rules.  The date and time of the Final Approval Hearing shall be included in the Notice, Post-Card Notice, and Publication Notice before they are posted, mailed, and published, respectively.  No Settlement Class Member shall be relieved from the terms of the proposed Settlement, including the Releases provided for therein, based solely upon the contention or proof that such Settlement Class Member failed to receive adequate or actual notice.

10.     **Participation in the Settlement** – Registered Holder Settlement Class Members (i.e., Settlement Class Members who hold (or held) their eligible securities directly and are listed in the records of BNYM's transfer agent with respect to such holdings and whose contact, holding,

and distribution information has been provided by BNYM's transfer agent) do not have to take any action in order to participate in the Settlement and be eligible to receive a payment from the Net Settlement Fund.    However, Non-Registered Holder Settlement Class Members (i.e., Settlement Class Members who are not listed in the records of BNYM's transfer agent or whose contact, holding, and distribution information has not been provided by BNYM's transfer agent) who wish to participate in the Settlement and be eligible to receive a payment from the Net Settlement Fund must complete and submit a Claim Form in accordance with the instructions contained therein.    Unless the Court orders otherwise, all Claim Forms must be postmarked no later than one hundred fifty (150) calendar days after the Notice Date.    Notwithstanding the foregoing, Lead Plaintiffs' Counsel may, at their discretion, accept for processing late Claims provided such acceptance does not delay the distribution of the Net Settlement Fund to Authorized Recipients.    By submitting a Claim, a person or entity shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her, or its Claim and the subject matter of the Settlement.

11.    Each Claim Form submitted must satisfy the following conditions: (a) it must be properly completed, signed and submitted in a timely manner in accordance with the provisions of the preceding paragraph; (b) it must be accompanied by adequate supporting documentation for the ADRs held and the cash distributions received as a result of such holdings reported therein, in the form of broker year-end account statements, an authorized statement from the broker containing the information regarding cash distributions that would be found in a year-end account statement, or such other documentation as is deemed adequate by Lead Plaintiffs' Counsel or the Claims Administrator; (c) if the person or entity executing the Claim Form is acting in a representative capacity, a certification of his, her, or its current authority to act on behalf of the

Settlement Class Member must be included in the Claim Form to the satisfaction of Lead Plaintiffs' Counsel or the Claims Administrator; and (d) the Claim Form must be complete and contain no material deletions or modifications of any of the printed matter contained therein and must be signed under penalty of perjury.

12.     Any Non-Registered Holder Settlement Class Member that does not timely and validly submit a Claim Form or whose Claim is not otherwise approved by the Court: (a) shall be deemed to have waived his, her, or its right to share in the Net Settlement Fund; (b) shall be forever barred from participating in any distributions therefrom; (c) shall be bound by the provisions of the Stipulation and the Settlement and all proceedings, determinations, orders, and judgments in the Action relating thereto, including, without limitation, the Order and Final Judgment and the Releases provided for therein, whether favorable or unfavorable to the Settlement Class; and (d) will be barred from commencing, maintaining, or prosecuting any of the Released Claims against each and all of the Releasees, as more fully described in the Stipulation and Notice. Notwithstanding the foregoing, late Claim Forms may be accepted for processing as set forth in ¶ 10 above.

13.     **Exclusion From the Settlement Class** – Any member of the Settlement Class who wishes to exclude himself, herself, or itself from the Settlement Class must request exclusion in writing within the time and in the manner set forth in the Notice ("Request for Exclusion"), which shall provide that: (a) any such Request for Exclusion from the Settlement Class must be mailed or delivered such that it is received no later than thirty-five (35) calendar days prior to the Final Approval Hearing, to:  *Bank of New York Mellon ADR FX Settlement*, EXCLUSIONS, c/o KCC Class Action Services, P.O. Box 505030, Louisville, KY 40233-5030, and (b) each Request for Exclusion must (i) state the name, address, and telephone number of the person or entity requesting

exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Settlement Class in *In re: The Bank of New York Mellon ADR FX Litigation*, 16-CV-00212-JPO-JLC"; (iii) identify by CUSIP the ADRs listed on the Appendix to the Stipulation owned by such person or entity and the cash payments such person or entity received per eligible ADR during the relevant time period; and (iv) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be effective unless it provides all the required information and is received within the time stated above, or is otherwise accepted by the Court.

14.     Any person or entity who or which timely and validly requests exclusion from the Settlement Class in compliance with the terms stated in this Order and is excluded from the Settlement Class shall not be a Settlement Class Member, shall not be bound by the terms of the Settlement or any orders or judgments in the Action, and shall not receive any payment out of the Net Settlement Fund.

15.     Any Settlement Class Member who or which does not timely and validly request exclusion from the Settlement Class in the manner stated in this Order: (a) shall be deemed to have waived his, her, or its right to be excluded from the Settlement Class; (b) shall be forever barred from requesting exclusion from the Settlement Class in this or any other proceeding; (c) shall be bound by the provisions of the Stipulation and Settlement and all proceedings, determinations, orders, and judgments in the Action, including, but not limited to, the Order and Final Judgment and the Releases provided for therein, whether favorable or unfavorable to the Settlement Class; and (d) will be barred from commencing, maintaining, or prosecuting any of the Released Claims against any of the Releasees, as more fully described in the Stipulation and Notice.

16.     **Appearance at Final Approval Hearing and Objections** – Any Settlement Class Member who does not request exclusion from the Settlement Class may enter an appearance in the Action, at his, her, or its own expense, individually or through counsel of his, her, or its own choice, by filing with the Clerk of Court and delivering a notice of appearance to both Lead Plaintiffs' Counsel and Defendant's Counsel, at the addresses set forth in ¶ 17 below, such that it is received no later than thirty five (35) calendar days prior to the Final Approval Hearing, or as the Court may otherwise direct.  Any Settlement Class Member who does not enter an appearance will be represented by Lead Plaintiffs' Counsel.

17.     Any Settlement Class Member who does not request exclusion from the Settlement Class may file a written objection to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses (including Service Awards to Lead Plaintiffs) and appear and show cause, if he, she, or it has any cause, why the proposed Settlement, the proposed Plan of Allocation and/or Lead Plaintiffs' Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses should not be approved; *provided, however*, that no Settlement Class Member shall be heard or entitled to contest the approval of the terms and conditions of the proposed Settlement, the proposed Plan of Allocation, and/or the motion for attorneys' fees and reimbursement of Litigation Expenses unless that person or entity has filed a written objection with the Court and served copies of such objection on Lead Plaintiffs' Counsel and Defendant's Counsel at the addresses set forth below such that they are received no later than thirty-five (35) calendar days prior to the Final Approval Hearing.

| **Lead Plaintiffs' Counsel** | **Defendant's Counsel** |
|---|---|
| Sharan Nirmul, Esq. | Elizabeth M. Sacksteder, Esq. |
| Kessler Topaz Meltzer | Paul, Weiss, Rifkind, Wharton |
| & Check LLP | & Garrison LLP |
| 280 King of Prussia Road | 1285 Avenue of the Americas |
| Radnor, PA 19087 | New York, NY 10019-6064 |
| | |
| Daniel P. Chiplock, Esq. | |
| Lieff Cabraser Heimann | |
| & Bernstein, LLP | |
| 250 Hudson Street, 8th Floor | |
| New York, NY 10013-1413 | |

18.     Any objections, filings, and other submissions by the objecting Settlement Class Member must: (a) state the name, address, and telephone number of the person or entity objecting and be signed by the objector; (b) indicate whether the objection applies only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class; (c) provide a full explanation of all reasons for the Settlement Class Member's objection or objections, and state with specificity the ground(s) for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (d) include documents that identify by CUSIP the ADRs listed on the Appendix to the Stipulation owned by such objecting Settlement Class Member and the cash distributions received in connection with those holdings in order to prove membership in the Settlement Class. Objectors who enter an appearance and desire to present evidence at the Final Approval Hearing in support of their objection must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and any exhibits they intend to introduce into evidence at the hearing.

19.     Any Settlement Class Member who or which does not make his, her, or its objection in the manner provided herein shall be deemed to have waived his, her, or its right to object to any aspect of the proposed Settlement, the proposed Plan of Allocation, and Lead Plaintiffs' Counsel's

motion for an award of attorneys' fees and reimbursement of Litigation Expenses (including Service Awards to Lead Plaintiffs), and shall be forever barred and foreclosed from objecting to the fairness, reasonableness, or adequacy of the Settlement, the Plan of Allocation, or the requested attorneys' fees and Litigation Expenses, or from otherwise being heard concerning the Settlement, the Plan of Allocation, or the requested attorneys' fees and Litigation Expenses in this or any other proceeding.

20. **Stay and Temporary Injunction** – Until otherwise ordered by the Court, the Court stays all proceedings in the Action other than proceedings necessary to carry out or enforce the terms and conditions of the Stipulation. Pending final determination of whether the Settlement should be approved, the Court bars and enjoins Lead Plaintiffs and all members of the Settlement Class from prosecuting any and all of the Released Claims against any of the Releasees.

21. **Notice and Administration Costs** – All reasonable costs incurred in notifying Settlement Class Members of the Settlement as well as in administering the Settlement shall be paid as set forth in the Stipulation without further order of the Court.

22. **Settlement Fund** – The contents of the Settlement Fund held by Huntington National Bank (which the Court approves as the Escrow Agent) shall be deemed and considered to be *in custodia legis* of the Court, and shall remain subject to the jurisdiction of the Court, until such time as they shall be distributed pursuant to the Stipulation and/or further order(s) of the Court.

23. **Taxes** – Lead Plaintiffs' Counsel are authorized and directed to prepare any tax returns and any other tax reporting form for or in respect to the Settlement Fund, to pay from the Settlement Fund any Taxes and Tax Expenses owed with respect to the Settlement Fund, and to otherwise perform all obligations with respect to Taxes and any reporting or filings in respect

thereof without further order of the Court in a manner consistent with the provisions of the Stipulation.

24.     **Termination of Settlement** – If the Settlement is terminated as provided in the Stipulation, the Settlement is not approved, or the Effective Date of the Settlement otherwise fails to occur, this Order shall be vacated, rendered null and void, and be of no further force and effect, except as otherwise provided by the Stipulation, and this Order shall be without prejudice to the rights of Lead Plaintiffs, the Settlement Class Members, and Defendant, and Lead Plaintiffs and Defendant shall be deemed to have reverted *nunc pro tunc* to their respective litigation positions in the Action immediately prior to the execution of the Term Sheet on October 16, 2018, as provided in the Stipulation.  Except as otherwise provided in the Stipulation, in the event the Settlement is terminated in its entirety or if the Effective Date fails to occur for any reason, the balance of the Settlement Fund including interest accrued therein, less any Notice and Administration Costs paid, incurred, or owing and less any Taxes and Tax Expenses paid, incurred, or owing, shall be refunded to BNYM (or such other persons or entities as BNYM may direct) in accordance with the Stipulation.

25.     **Use of this Order** – Neither this Order nor the Stipulation (whether or not consummated), nor any negotiations, proceedings, or agreements relating to the Stipulation, the Settlement, nor any matters arising in connection with the settlement negotiations, proceedings, or agreements, shall be offered or received against any or all of the Released Parties for any purpose, and in particular:

(a)     do not constitute, and shall not be offered or received against Defendant or the other Releasees as evidence of, or construed as, or deemed to be evidence of, any presumption, concession, or admission by Defendant or the Releasees with respect to the truth of any fact alleged

by Lead Plaintiffs or any other Settlement Class Member or the validity of any claim that has been or could have been asserted in the Action or in any litigation or other proceeding, including but not limited to the Released Claims, or of any liability, damages, negligence, fault, or wrongdoing of Defendant or the Releasees;

(b)     do not constitute, and shall not be offered or received against Defendant or the other Releasees as evidence of, a presumption, concession, or admission of any fault, misstatement, or omission with respect to any statement or written document approved or made by Defendant or the Releasees, or against Defendant, the Releasees, Lead Plaintiffs, or any other member of the Settlement Class as evidence of any infirmity in the claims or defenses that have been or could have been asserted in the Action;

(c)     do not constitute, and shall not be offered or received against Defendant or the other Releasees as evidence of, a presumption, concession, or admission with respect to any liability, damages, negligence, fault, infirmity, or wrongdoing, or in any way referred to for any other reason against Defendant or the Releasees, in any other civil, criminal, or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of the Stipulation;

(d)     do not constitute, and shall not be construed against Defendant or the other Releasees as an admission or concession that, the consideration to be given hereunder represents the amount which could be or would have been recovered after trial; and

(e)     do not constitute, and shall not be construed as or received in evidence as, an admission, concession, or presumption against Lead Plaintiffs or any other Settlement Class Member that any of their claims are without merit or infirm, that a class should not be certified, or

that damages recoverable under the complaints filed in the Action would not have exceeded the Settlement Amount.

26.     **Supporting Papers** – Lead Plaintiffs' Counsel shall file and serve the opening papers in support of the proposed Settlement, the Plan of Allocation, and Lead Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses (including Service Awards to Lead Plaintiffs) no later than forty-nine (49) calendar days prior to the Final Approval Hearing; and reply papers, if any, shall be filed and served no later than seven (7) calendar days prior to the Final Approval Hearing.

27.     The Court retains exclusive jurisdiction over the Action to consider all further matters arising out of or connected with the Settlement.

SO ORDERED this 17th day of January, 2019.

_____

J. PAUL OETKEN
United States District Judge

EXHIBIT A-1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: THE BANK OF NEW YORK MELLON ADR FX LITIGATION | 16-CV-00212-JPO-JLC |
| | ECF Case |
| This Document Relates to:<br><br>ALL ACTIONS | |

### NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) FINAL APPROVAL HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**TO:  All entities and individuals who at any time during the period January 1, 1997 through _____, 2019 held (directly or indirectly, registered or beneficially), or otherwise claim any entitlement to any payment (whether a dividend, rights offering, interest on capital, sale of shares, or other distribution) in connection with, any American Depositary Share (sometimes known as an American Depositary Receipt) ("ADR") for which The Bank of New York Mellon ("BNYM" or "Defendant") acted as the depositary sponsored by an issuer that is identified in the Appendix to this Notice (the "Settlement Class").**

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

This notice ("Notice") is issued pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") and an Order of the United States District Court for the Southern District of New York ("Court"). The purpose of this Notice is to advise you of the pendency of the above-captioned class action ("Action") and the proposed settlement ("Settlement") of the Action for $72,500,000 on the terms and provisions contained in the Stipulation and Agreement of Settlement filed in the Action and dated January 15, 2019 ("Stipulation").[1] The Honorable J. Paul Oetken is presiding over the Action. Judge Oetken has found that the prerequisites for class action certification under Rule 23 are likely to be to be satisfied with respect to the Settlement Class (defined in ¶ 3 below) for purposes of settlement only, has approved this Notice to potential members of the Settlement Class and has scheduled a final settlement hearing for _____, 2019, at __:__ _.m. ("Final Approval Hearing"). The Final Approval Hearing will be held in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

---

[1]  The Stipulation can be viewed at www.bnymadrfxsettlement.com. Any capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

EXHIBIT A-1

The Settlement resolves claims by David Feige, International Union of Operating Engineers Local 138 Annuity Fund[2], and Annie L. Normand (collectively, "Named Plaintiffs") and Diana Carofano and Chester County Employees Retirement Fund ("Intervenor Plaintiffs" and, together with Named Plaintiffs, "Lead Plaintiffs"), that have been asserted on behalf of the Settlement Class against BNYM. Lead Plaintiffs alleged that, during the relevant time period, BNYM, as depositary for the ADRs listed in the Appendix hereto, systematically deducted impermissible fees for conducting foreign exchange ("FX") from cash distributions issued by foreign companies, and owed to ADR holders. BNYM denies these allegations. A more detailed description of the claims asserted by Lead Plaintiffs in the Action, as well as the history of the Action, is set forth in ¶¶ 11-23 below.

As more fully described in ¶¶ 28-37 below, the Settlement provides for $72.5 million ("Settlement Amount") to be paid by or on behalf of Defendant for the benefit of eligible Settlement Class Members, which amount has been deposited into an interest-bearing escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less any (i) Taxes and Tax Expenses; (ii) Notice and Administration Costs; and (iii) attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to eligible Settlement Class Members (*i.e.*, "Authorized Recipients") according to a Court-approved plan of allocation. The proposed Plan of Allocation is set forth in Exhibit 1 hereto.

**IMPORTANT - PLEASE NOTE**:  If you receive/have received a Post-Card Notice in the mail in connection with this Settlement, you are a Registered Holder Settlement Class Member (*i.e.*, you hold (or held) the ADRs covered by this Action directly through BNYM, are listed in the records of BNYM's transfer agent with respect to such holdings, and your contact, holding, and distribution information was provided to the Claims Administrator by BNYM's transfer agent) and you ***do not*** have to take any action in order to be eligible to receive a payment from the Settlement. You should, however, review the information provided by BNYM's transfer agent with respect to your holdings and distributions to confirm that the information is accurate and complete. *See* ¶ 39 below. If you do not receive/have not received a Post-Card Notice in the mail in connection with the Settlement, you are a Non-Registered Holder Settlement Class Members and you must complete and submit a valid Claim Form in order to be eligible to receive a payment from the Settlement.

Any questions regarding this Notice, the Action, the Settlement or your eligibility to participate in the Settlement should be directed to Lead Plaintiffs' Counsel: Sharan Nirmul, Esq., Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, Pennsylvania 19087, (610) 667-7706, www.ktmc.com, and Daniel P. Chiplock, Esq., Lieff Cabraser Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, NY 10013-1413, (212) 355-9500, www.lieffcabraser.com. Further information may be obtained by contacting the Court-appointed Claims Administrator, Kurtzman Carson Consultants LLC ("KCC"), at *Bank of New York Mellon ADR FX Settlement*, c/o KCC Class Action Services, P.O. Box 505030, Louisville, KY 40233-5030, (866) 447-6210, info@bnymadrfxsettlement.com. **Please DO NOT contact the Court, the Clerk's office,**

---

[2]  The operative complaint in the Action named International Union of Operating Engineers Local 138 Pension Trust Fund rather than International Union of Operating Engineers Local 138 Annuity Fund. The proper Named Plaintiff is International Union of Operating Engineers Local 138 Annuity Fund.

EXHIBIT A-1

BNYM, or its counsel. All questions should be directed to either Lead Plaintiffs' Counsel or the Claims Administrator.

**IF YOU ARE A SETTLEMENT CLASS MEMBER, PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash from the Settlement. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

| A SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM ONLINE OR POSTMARKED NO LATER THAN _____, 2019, *UNLESS YOU ARE A REGISTERED HOLDER SETTLEMENT CLASS MEMBER.*** | If you are a Non-Registered Holder Settlement Class Member (as defined above), this is the <u>only</u> way for you to be eligible to receive a payment from the Settlement.<br><br>If you are a Registered Holder Settlement Class Member (as defined above), you do not need to take any further action (*i.e.*, submit a Claim Form) to be eligible to receive a payment from the Settlement, but if the information regarding your holdings and cash distribution as set forth on the website is incorrect or incomplete, you must notify the Claims Administrator immediately. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN _____, 2019.** | If you are a member of the Settlement Class and choose to exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement. This is the only option that allows you ever to be part of any *other* lawsuit against the Defendant or any of the other Releasees concerning the Released Claims. *See* ¶¶ 47-52 below for details. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN _____, 2019.** | If you object to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Plaintiffs' Counsel's request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you object to them. You can only object to the Settlement, the Plan of Allocation or the fee and expense request if you are a Settlement Class Member and you do not exclude yourself from the Settlement Class. *See* ¶¶ 57-63 below for details. |
| **FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN _____, 2019, AND GO TO THE FINAL APPROVAL HEARING ON _____, 2019.** | Filing a written objection and notice of intention to appear by _____, 2019 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the proposed Plan of Allocation, and/or Lead Plaintiffs' Counsel's request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |

3

EXHIBIT A-1

| DO NOTHING. | You will remain a member of the Settlement Class, which means that you give up your right to sue the Defendant or any of the other Releasees about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action.<br><br>**Please Note**: **If you are a Non-Registered Holder Settlement Class Member and do nothing, you will not be eligible to receive a payment from the Settlement.** |
|---|---|

## WHAT THIS NOTICE CONTAINS

**SUMMARY OF THE SETTLEMENT**                                         Page __

**BASIC INFORMATION**
    What Is The Purpose Of This Notice?                          Page __
    What Is This Action About? What Has Happened So Far?         Page __
    Why Is This Action A Class Action?                           Page __
    Why Is There A Settlement?                                   Page __
    How Do I Know If I Am Part Of The Settlement Class?          Page __
    What Does The Settlement Provide?                            Page __
    How Do I Participate In The Settlement? What Do I Need To Do?  Page __
    What Will Be My Share Of The Settlement Fund?                Page __
    When Will I Receive My Payment?                              Page __
    Can I Exclude Myself From The Settlement Class?              Page __

**THE LAWYERS REPRESENTING YOU**
    Do I Have A Lawyer In This Case?                             Page __
    How Will The Lawyers Be Paid?                                Page __

**OBJECTIONS**
    How Do I Tell The Court If I Do Not Like The Settlement?     Page __

**THE COURT'S FINAL APPROVAL HEARING**
    When And Where Will The Court Decide Whether To
      Approve The Settlement?                                  Page __
    Do I Have To Come To The Hearing?                            Page __
    May I Speak At The Hearing                                   Page __

**IF YOU DO NOTHING**
    What Happens If I Do Nothing At All?                         Page __

**GETTING MORE INFORMATION**
    How Do I Get More Information?                               Page __

**LIST OF ADRS AT ISSUE IN THE ACTION**                              Appendix

**PLAN OF ALLOCATION OF NET SETTLEMENT FUND**                        Exhibit 1

EXHIBIT A-1

| SUMMARY OF THE SETTLEMENT |
| --- |

1.       As described in more detailed below (and in the operative complaint filed in the Action), Lead Plaintiffs allege that during the relevant time period, Defendant, BNYM, as depositary for certain ADRs, systematically deducted impermissible fees for conducting FX from cash distributions issued by foreign companies, and owed to ADR holders. A copy of the operative complaint in the Action – the Consolidated Amended Class Action Complaint dated October 26, 2016 ("Consolidated Complaint"), is available on the website for the Settlement, www.bnymadrfxsettlement.com.

2.       An Escrow Account has been established to hold the Settlement Fund prior to being distributed to Authorized Recipients pursuant to the Court-approved plan of allocation. After the Settlement becomes Final and pursuant to Order of the Court, the Net Settlement Fund will be distributed to Authorized Recipients. Lead Plaintiffs estimate, with the aid of a damages expert, that the amount of the Settlement represents approximately 23 percent of the total overcharges to the Settlement Class from the alleged ADR FX practices for the relevant ADRs. **This is only an estimate.** BNYM does not concede the accuracy of Lead Plaintiffs' damages expert's calculation, or that there were any damages. A Settlement Class Member's Recognized Claim, as explained in the Plan of Allocation, reflects Lead Plaintiffs' view of the purported margin(s) retained by BNYM for FX conversions of ADR cash distributions. A Settlement Class Member's actual recovery will be based upon the Net Settlement Fund, which will consist of the Settlement Fund, less certain amounts to be deducted from the Settlement Fund as described in the Stipulation, including expenses associated with providing notice to the Settlement Class, Court-awarded attorneys' fees and Litigation Expenses (including any Service Awards to Lead Plaintiffs for the effort and time spent by them in connection with the prosecution of the Action), Taxes and Tax Expenses, and other costs related to the administration of the Settlement Fund and implementation of the Plan of Allocation, and will be allocated in accordance with the plan of allocation approved by the Court. (*See* ¶¶ 42-45 below and the proposed Plan of Allocation attached as Exhibit 1).

3.       The Settlement Class is defined as follows:

**All entities and individuals who at any time during the period January 1, 1997 through _____, 2019 held (directly or indirectly, registered or beneficially), or otherwise claim any entitlement to any payment (whether a dividend, rights offering, interest on capital, sale of shares, or other distribution) in connection with, any ADR for which BNYM acted as the depositary sponsored by an issuer that is identified in the Appendix hereto. For avoidance of doubt, Settlement Class Members include all entities, organizations, and associations regardless of form, including investment funds and pension funds of any kind.**

<u>Please Note:</u> There are exceptions to being included in the Settlement Class. A description of those persons and entities excluded by definition from the Settlement Class is provided below in ¶ 27.

4.       As with any litigation, the Parties would face an uncertain outcome if this Action were to continue. Absent the Settlement, orders and appeals on class certification, summary

judgment and a trial could result in a judgment or verdict greater or less than the recovery obtained by the Settlement, or no recovery at all. This Action has been hotly contested from the outset. Throughout this Action, Lead Plaintiffs and BNYM have disagreed on both liability and damages. BNYM, among other things: (1) has denied, and continues to deny, the material allegations of the Consolidated Complaint; (2) has denied, and continues to deny, any wrongdoing or liability whatsoever; (3) contests the propriety of class certification; (4) believes that its actions were a proper exercise of its judgment and were in good faith and in its best judgment, and complied with all applicable laws, rules, regulations, codes, market practices, and standards; (5) would assert certain other defenses if this Settlement is not consummated; and (6) is entering into the Settlement solely to avoid the cost, disruption, and uncertainty of continued litigation. The Parties have taken into account the uncertainty and risks inherent in this Action, particularly its complex nature, and have concluded that it is desirable that this Action be fully and finally settled on the terms and conditions set forth in the Stipulation.

5.      Over the course of this Action, the Parties briefed a motion to dismiss and engaged in extensive discovery efforts, which included Defendant's production of over 2.7 million pages of documents and over 136,000 Excel documents, Lead Plaintiffs' production of over 23,000 pages of documents, and the Parties taking 16 fact depositions and four expert depositions and exchanging several rounds of expert reports. The Parties' discovery efforts were coming to a close when they began discussing the possibility of resolving the Action. In addition, the Parties fully briefed Defendant's motion for partial summary judgment and Lead Plaintiffs' motion for class certification, both of which remained pending when the Settlement was reached.

6.      Lead Plaintiffs' Counsel in this Action, on behalf of all plaintiffs' counsel, will apply to the Court for an award of attorneys' fees in an amount not to exceed 30% of the Settlement Amount and reimbursement of Litigation Expenses in an amount not to exceed $1,750,000, plus interest earned on these amounts. Lead Plaintiffs will share in the allocation of the money paid to members of the Settlement Class on the same basis and to the same extent as all other members of the Settlement Class, except that, in addition thereto, Lead Plaintiffs may apply to the Court for Service Awards of up to $40,000 in the aggregate. Any Service Awards granted to Lead Plaintiffs by the Court will be payable from the Settlement Fund, and will compensate Lead Plaintiffs for their effort and time spent in connection with the prosecution of the Action, as supported by adequate written documentation of such effort and time. The aggregate amount of Service Awards (*i.e.*, $40,000) is reflected in the maximum amount of Litigation Expenses set forth above.

**BASIC INFORMATION**

| **What Is The Purpose Of This Notice?** |
| --- |

7.      The Court has directed the issuance of this Notice to inform potential members of the Settlement Class regarding the proposed Settlement with BNYM before the Court decides whether to approve the Settlement. If the Court approves the Settlement, and any related objections and appeals are favorably resolved, the Settlement Fund, net of the costs, fees and expenses described herein, will be allocated among eligible Settlement Class Members according to a Court-approved plan of allocation, and the Releasees and Releasors will be released from all Released Claims and Released Defendant Claims, respectively, as set forth in the Stipulation.

EXHIBIT A-1

8.      This Notice explains the Action, the Settlement, your legal rights (if you are a Settlement Class Member), what benefits are available, who is eligible for them, and how you will receive your portion of the benefits. The Notice also informs you of the Final Approval Hearing to be held by the Court to consider the fairness, reasonableness and adequacy of the Settlement and to consider Lead Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses from the Settlement Fund, which may include Service Awards to Lead Plaintiffs.

9.      The Final Approval Hearing will be on _____ __, 2019 at __:__ _.m., before the Honorable J. Paul Oetken in the United States District Court for the Southern District of New York, Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, to determine:

- whether the Settlement should be approved as fair, reasonable and adequate;

- whether the Consolidated Complaint should be dismissed with prejudice pursuant to the terms of the Settlement;

- whether the Settlement Class should be certified for settlement purposes;

- whether notice and the means of dissemination thereof pursuant to the Settlement: (i) were appropriate and reasonable and constituted due, adequate, and sufficient notice to all persons and entities entitled to such notice; and (ii) met all applicable requirements of the Federal Rules of Civil Procedure, and any other applicable law; and

- whether Lead Plaintiffs' Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, including Service Awards to Lead Plaintiffs, should be approved.

10.      The issuance of this Notice is not an expression of the Court's opinion on the merits of any claim in this Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement, payment to Authorized Recipients will be made after all related appeals, if any, are favorably resolved. It is always uncertain whether such appeals can be favorably resolved, and resolving them can take time, perhaps more than a year. Please be patient.

## What Is This Action About? What Has Happened So Far?

11.      On January 11, 2016, the initial complaint (*i.e.*, the "Class Action Complaint") was filed in the Action. The Class Action Complaint asserted claims for breach of contract, breach of implied covenant of good faith and fair dealing and conversion.

12.      On February 26, 2016, BNYM moved to dismiss the Class Action Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"). Plaintiffs opposed BNYM's motion on March 18, 2016, and BNYM filed a reply in support of its motion on March 28, 2016.

13.     By Order dated April 12, 2016, the Court designated Lieff Cabraser Heimann & Bernstein, LLP and Kessler Topaz Meltzer & Check, LLP as Interim Co-Lead Counsel for the putative class.

14.     On April 15, 2016, the action titled *International Union of Operating Engineers Local 138 Pension* Trust *Fund v. The Bank of New York Mellon*, Case No. 16-cv-02834-JPO (the "Local 138 Action"), filed in the Eastern District of New York on February 19, 2016, was transferred to this Court. By Stipulation and Order Consolidating Cases and Setting Deadline for Response to Complaint in Local 138 Action, the Local 138 Action was consolidated with the Action for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, under the caption *In re: The Bank of New York Mellon ADR FX Litigation*, File No. 1:16-CV-00212-JPO.

15.     By Opinion and Order dated September 29, 2016, the Court granted in part and denied in part BNYM's motion to dismiss the Class Action Complaint. Specifically, the Court: (i) denied BNYM's motion as to plaintiffs' breach of contract claims; (ii) granted BNYM's motion as to plaintiffs' claims for breach of the implied duty of good faith and fair dealing and conversion; (iii) denied BNYM's motion as to plaintiffs' breach of contract claims under SLUSA; (iv) denied BNYM's motion as to plaintiffs' claims on the ground that plaintiffs lacked contractual standing; and (v) denied BNYM's motion as to claims asserted for the period prior to 2012 (for the California plaintiffs) and 2011 (for the Virginia plaintiffs) without prejudice to renewal, either on summary judgment after discovery, or at trial. The Court also found BNYM's argument that plaintiffs lacked class standing to represent all holders of the ADRs for which BNYM was depository to be premature.

16.     On October 19, 2016, the Court entered an order that, among other things, permitted plaintiffs to file a consolidated complaint by October 28, 2016. In accordance with that Order, Lead Plaintiffs filed the operative complaint in the Action, the Consolidated Amended Class Action Complaint (*i.e.*, the Consolidated Complaint), on October 26, 2016. BNYM answered the Consolidated Complaint on November 23, 2016.

17.     Thereafter, the Parties commenced discovery, which included BNYM producing over 2.7 million pages of documents and over 136,000 Excel documents, Lead Plaintiffs producing over 23,000 pages of documents, and the Parties taking 16 fact depositions and four expert depositions and exchanging several rounds of expert reports.

18.     On February 12, 2018, BNYM moved for partial summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the applicability of the statutes of limitations and plaintiffs' standing. Lead Plaintiffs opposed BNYM's motion by memoranda filed on March 7, 2018 and March 22, 2018. BNYM filed a reply in support of its motion on March 19, 2018.

19.     On April 27, 2018, Lead Plaintiffs moved to add Chester County Employees Retirement Fund as a named plaintiff, which BNYM opposed on May 11, 2018. Lead Plaintiffs filed their reply on May 18, 2018.

20.     On May 15, 2018, Lead Plaintiffs moved for class certification. BNYM opposed Lead Plaintiffs' motion on June 5, 2018, and Lead Plaintiffs filed a reply in support of their motion on June 19, 2018.

21.     As the Parties' discovery efforts were coming to a close and while the Parties' respective motions for partial summary judgment and class certification were pending, counsel for the Parties began discussing the possibility of resolving the Action. Following hard-fought, arm's-length negotiations spanning the course of several months, including formal mediation, on August 10, 2018, the Parties accepted a mediator's proposal on the Settlement Amount, and on October 16, 2018, the Parties entered into a term sheet setting forth the material terms of their agreement. On the same day, the Parties notified the Court of their tentative settlement.

22.     Over the next two months, the Parties negotiated and documented the specific terms and conditions of the Settlement, which are embodied in the Stipulation entered on January 15, 2019. The Stipulation can be viewed at www.bnymadrfxsettlement.com.

23.     Thereafter, on _____, 2019, the Court entered the Notice Order, approving the proposed notice plan to potential Settlement Class Members and scheduling the Final Approval Hearing to consider whether to grant final approval of the Settlement, among other things.

## Why Is This Action A Class Action?

24.     In a class action, one or more individuals or entities, referred to as "plaintiffs," sue on behalf of individuals and entities who have similar claims. All of the persons and entities on whose behalf Lead Plaintiffs in this Action are suing are members of a "class" referred to in this Notice as Settlement Class Members or members of the Settlement Class. Because Lead Plaintiffs believe that the wrongful conduct alleged in this case affected all holders of the BNYM-sponsored ADRs at issue in the Action (reflected in the Appendix hereto) in the same way, Lead Plaintiffs filed their case as putative class action. With respect to the Settlement Class, the Court has found that the prerequisite for class action certification under Rule 23 are likely to be found to be satisfied for purposes of effectuating the Settlement.

## Why Is There A Settlement?

25.     The Court has not expressed any opinions or reached any decisions on the ultimate merits of Lead Plaintiffs' claims against BNYM. Instead, Lead Plaintiffs and BNYM have agreed to a Settlement to resolve the Action. In reaching the Settlement, the Parties have avoided the cost and time of further litigation, including the costs and expenses involved in taking this Action to trial, post-trial briefing and potential appeals. As with any litigation, Lead Plaintiffs would face an uncertain outcome if this case proceeded. Pursuing the Action against BNYM could result in a verdict offering relief greater than this Settlement, a verdict for less money than Lead Plaintiffs have obtained through this Settlement, or no recovery at all. Based on these risks and an evaluation of other unique risks presented by this case, Lead Plaintiffs and Lead Plaintiffs' Counsel believe the Settlement is in the best interests of all members of the Settlement Class. Additional

EXHIBIT A-1

information concerning the Settlement and these factors is available on the website, www.bnymadrfxsettlement.com.

26.     As stated above, the Settlement is the product of hard-fought, arm's-length negotiations between Lead Plaintiffs' Counsel and Defendant's Counsel, both of which are very experienced with respect to complex litigation of this type. Lead Plaintiffs' Counsel believe the proposed Settlement is fair, reasonable and adequate and in the best interest of the Settlement Class.

| How Do I Know If I Am Part Of The Settlement Class? |
| --- |

27.     The Settlement Class is defined as follows:

**All entities and individuals who at any time during the period from January 1, 1997 through _____, 2019 held (directly or indirectly, registered or beneficially), or otherwise claim any entitlement to any payment (whether a dividend, rights offering, interest on capital, sale of shares, or other distribution) in connection with, any ADR for which BNYM acted as the depositary sponsored by an issuer that is identified in the attached Appendix. For avoidance of doubt, Settlement Class Members include all entities, organizations, and associations regardless of form, including investment funds and pension funds of any kind.**

BNYM and its officers, directors, legal representatives, heirs, successors, corporate parents, subsidiaries, and/or assigns, other than Investment Vehicles[3] (which are not excluded), are excluded from the Settlement Class only to the extent that such persons or entities had a proprietary (*i.e.*, for their own account) interest in any such ADR and not to the extent that they hold or held such ADR in a fiduciary capacity or otherwise on behalf of any third-party client, account, fund, trust, or employee benefit plan that otherwise falls within the definition of the Settlement Class. Also excluded from the Settlement Class are any persons and entities who or which exclude themselves from the Settlement Class by submitting a request for exclusion that is accepted by the Court.

---

[3] "Investment Vehicle" means any investment company or pooled investment fund, including but not limited to mutual fund families, exchange-traded funds, funds of funds, private equity funds, real estate funds, and hedge funds, in which BNYM has or may have a direct or indirect interest, or as to which its affiliates may act as an investment advisor, general partner, managing member, or any other similar capacity.

EXHIBIT A-1

**PLEASE READ THIS NOTICE CAREFULLY TO DETERMINE WHETHER YOU ARE A SETTLEMENT CLASS MEMBER AND WHETHER YOU ARE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.**

**IF YOU ARE A NON-REGISTERED HOLDER SETTLEMENT CLASS MEMBER AND YOU WISH TO BE ELIGIBLE TO RECEIVE A PAYMENT FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED (OR RECEIVED) NO LATER THAN _____, 2019. YOU CAN OBTAIN A COPY OF THE CLAIM FORM, OR SUBMIT A CLAIM ONLINE, AT WWW.BNYMADRFXSETTLEMENT.COM.**

**PLEASE NOTE:**  If you are an ERISA Entity[4], you may also have received notice concerning a proposed settlement in another action entitled *Carver, et al. v. Bank of New York Mellon, et al.*, No. 15-CV-10180 (JPO)(JLC) (S.D.N.Y.) (the "*ERISA Settlement*").  Detailed information regarding the *ERISA Settlement* can be found on the website www.BNYMADRERISASettlement.com.  **The Settlement described in this Notice is separate from <u>and in addition to</u> the *ERISA Settlement* insofar as ERISA Entities are concerned. ERISA Entities eligible to participate in the *ERISA Settlement* can and should also consider submitting a claim to receive a distribution in connection with this Settlement.**

| What Does The Settlement Provide? |
|:---:|

      28.     The Settlement provides for $72,500,000 to be paid by or on behalf of Defendant to settle the Action. The $72,500,000, plus interest that accrues on this amount, will be distributed to the Settlement Class after costs, expenses and fees are deducted as described below. Lead Plaintiffs estimate, with the aid of their damages expert, that the amount of the Settlement represents approximately 23 percent of the total overcharges to the Settlement Class from the alleged ADR FX practices for the relevant ADRs.  **This is only an estimate.** BNYM does not concede the accuracy of Lead Plaintiffs' damages expert's calculation, or that there were any damages. A Settlement Class Member's Recognized Claim, as explained in the Plan of Allocation, reflects Lead Plaintiffs' view of the purported margin(s) retained by BNYM for FX conversions of ADR cash distributions. A Settlement Class Member's actual recovery will depend upon the net amount in the Settlement Fund (after the deduction of certain amounts as described herein and in the Stipulation, including Notice and Administration Costs, Court-approved attorneys' fees and Litigation Expenses, including any Service Awards to Lead Plaintiffs, and Taxes and Tax Expenses), which will be allocated and paid to eligible Settlement Class Members according to the plan of allocation approved by the Court.

---

[4] An "ERISA Entity" means an ERISA plan and any trust, pooled account, collective investment vehicle, or group insurance arrangement that files a Form 5500 annual return/report as a Direct Filing Entity ("DFE") in accordance with the DFE Filing Requirements, such as a group trust, master trust investment account (MTIA), common/collective trust (CCT), pooled separate account (PSA), 103-12 investment entity (102-12 IE), group insurance arrangement (GSA), or collective investment vehicle that held plan assets as defined by the U.S. Department of Labor "Instructions for Form 5500, Annual Return/Report of Employee Benefit Plan."

29.     The Settlement will provide for cash payments to Settlement Class Members who do not exclude themselves from the Settlement Class pursuant to ¶¶ 47-52 below. Registered Holder Settlement Class Members do not need to submit a Claim Form in order to be eligible for a payment from the Settlement. Non-Registered Holder Settlement Class Members must submit a valid Claim Form in order to be eligible to receive a payment from the Settlement.

30.     If the Settlement is approved, the Court will enter a judgment ("Order and Final Judgment"). The Order and Final Judgment will dismiss with prejudice the claims alleged in the Action against Defendant, and pursuant to the Order and Final Judgment, without further action by anyone, upon the Effective Date of the Settlement, Lead Plaintiffs and each member of the Settlement Class, on behalf of themselves and each of their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, shall be deemed to have, and by operation of law and of the Order and Final Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Claim (as defined below) against any of the Releasees (as defined below), and shall forever be barred and enjoined from prosecuting any or all of the Released Claims against any of the Releasees.

31.     "Released Claims" means any and all claims and causes of action of every nature and description, whether known or unknown (*i.e.*, "Unknown Claims" as defined below), asserted or unasserted, whether arising under federal, state, common, or foreign law, whether in connection with the applicable deposit agreements or otherwise, whether class, derivative, or individual in nature, that (a) were or could have been asserted in the Action, or in any other forum, that arise out of, are based upon, or relate in any way to the allegations set forth in any complaint or other pleading filed in the Action or (b) arise from, are based upon, or relate in any way to the conversion of foreign currency (including but not limited to any sale, receipt, price, charges, expenses, costs, margins, markup, spread, fee, profit, exchange, adjustment, deduction, or disclosure) in connection with the deposit agreements, depositary receipts, common share agreements and/or transfer agency, registrar, and dividend disbursing agreements, including but not limited to in connection with any payment, transfer, disbursement, or distribution (whether associated with a dividend, rights offering, interest on capital, sale of shares, stamp or other taxes, tax withholding or relief therefrom, or otherwise), in connection with any and all ADRs for which BNYM acted as the depositary at any time during the Settlement Class Period, *provided, however*, that the Released Claims shall not include claims under 29 U.S.C. § 1132(a) by participants, beneficiaries, trustees, or named fiduciaries of employee retirement plans for alleged breach of 29 U.S.C. §§ 1104, 1106 arising under the Employee Retirement Income Security Act of 1974, as amended. This release incorporates a waiver by Releasors of any limitation on the scope of the release that would otherwise exist under California Civil Law § 1542. "Released Claims" do not include claims arising out of, based upon, relating to, concerning, or in connection with the interpretation or enforcement of the terms of the Settlement.

32.     "Releasees" means (a) BNYM, its predecessors, successors and assigns, its direct and indirect parents, subsidiaries, and affiliates, and their respective current and former officers, directors, employees, managers, members, partners, agents (in their capacity as agents of BNYM), shareholders (in their capacity as shareholders of BNYM), attorneys, and legal representatives,

and the predecessors, successors, heirs, executors, administrators, and assigns of each of the foregoing; (b) any custodians or subcustodians appointed by BNYM in its capacity as depositary with respect to any of the ADRs subject to this Settlement, solely in their capacity as such, and only with respect to the period that BNYM served as depositary, transfer agent, registrar, or dividend disbursing agent in connection with such ADRs; (c) any issuer of any foreign security deposited with BNYM in relation to any ADR subject to this Settlement, solely in its capacity as such, solely in relation to the conduct alleged in the Consolidated Complaint, and only with respect to the period that BNYM served as depositary, transfer agent, registrar, or dividend disbursing agent in connection with such ADR; and (d) any person or entity that converted currency on BNYM's behalf for distribution to ADR holders during the Settlement Class Period in relation to any of the ADRs subject to this Settlement, solely with respect to such currency conversion. As used in this provision, "affiliates" means entities controlling, controlled by, or under common control with a Releasee.

33.     "Unknown Claims" means any and all claims that any Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of the Released Claims, and any and all claims that Defendant does not know or suspect to exist in its favor at the time of the release of the Released Defendant Claims, which if known to him, her or it might have affected his, her or its decision(s) with respect to the Settlement, including, but not limited to, his, her or its decision to object or not to object to the Settlement or not to exclude himself, herself or itself from the Settlement Class. With respect to any and all Released Claims and Released Defendant Claims, the Parties stipulate and agree that, upon the Effective Date, each of the Lead Plaintiffs and Defendant shall expressly waive, and each of the other Settlement Class Members shall be deemed to have, and by operation of the Order and Final Judgment shall have, expressly waived and relinquished any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or any other jurisdiction, or principle of common law that is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiffs and Defendant acknowledge, and each of the Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

34.     In addition, if the Settlement is approved, pursuant to the Order and Final Judgment, without further action by anyone, upon the Effective Date of the Settlement, Defendant shall be deemed to have, and by operation of law and of the Order and Final Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendant Claim (as defined below) against the Releasors (as defined below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendant Claims against any of the Releasors.

EXHIBIT A-1

35. "Released Defendant Claims" means any and all claims and causes of action of every nature and description, whether known or unknown (*i.e.*, "Unknown Claims" as defined above), asserted or unasserted, whether arising under federal, state, common, or foreign law, whether in connection with the applicable deposit agreements or otherwise, whether class, derivative, or individual in nature, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims asserted in the Action against Defendant. "Released Defendant Claims" do not include claims arising out of, based upon, relating to, concerning, or in connection with the interpretation or enforcement of the terms of the Settlement.

36. "Releasors" means Lead Plaintiffs and each and every Settlement Class Member on their own behalf and on behalf of their respective predecessors, successors, beneficiaries, and assigns, direct and indirect parents, subsidiaries and affiliates, their current and former officers, directors, employees, agents, and legal representatives, and the predecessors, successors, heirs, executors, administrators, beneficiaries, and assigns of each of the foregoing, in their capacities as such. With respect to any Settlement Class Member that is a government entity, Releasors include any Settlement Class Member as to which the government entity has the legal right to release such claims. As used in this provision, "affiliates" means entities controlling, controlled by, or under common control with a Releasor.

37. **Please Note**: **The complete terms of the Settlement are set forth in the Stipulation which may be viewed on the website www.bnymadrfxsettlement.com.**

| How Do I Participate In The Settlement? What Do I Need To Do? |
| --- |

38. If you do not receive/have not received a Post-Card Notice in the mail, you are a Non-Registered Holder Settlement Class Member. Non-Registered Holder Settlement Class Members are Settlement Class Members who are not listed in the records of BNYM's transfer agent or whose contact, holding, and distribution information has not been provided by BNYM's transfer agent, including those Settlement Class Members who hold (or held) their eligible securities through a bank, broker or other nominee rather than directly. If you are a Non-Registered Holder Settlement Class Member and you wish to be eligible to receive a payment from the proceeds of the Settlement, you must timely complete and return the Claim Form with adequate supporting documentation *postmarked, or submitted online, no later than _____, 2019*. You can go to www.bnymadrfxsettlement.com to submit a Claim. You can also obtain a copy of the Claim Form on the website, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-866-447-6210 or by sending an email to the Claims Administrator at info@bnymadrfxsettlement.com. Please retain all records of your holdings in the eligible ADRs, as they may be needed to document your claim. **If you are a Non-Registered Holder Settlement Class Member and do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund, but will still be bound by all the terms in the Stipulation and Settlement, including the terms of any orders by the Court and the Releases provided for therein and described above.**

39. If you receive/have received a Post-Card Notice in the mail in connection with this Settlement, you are a Registered Holder Settlement Class Member (*i.e.*, you hold (or held) the ADRs covered by this Action directly through BNYM, are listed in the records of BNYM's transfer

agent with respect to such holdings, and your contact, holding, and distribution information was provided to the Claims Administrator by BNYM's transfer agent) and you **do not** have to take any further action in order to participate in the Settlement and be potentially eligible to receive a payment from the proceeds of the Settlement. The Post-Card Notice you received contains a unique Claim Number and PIN. You can use your Claim Number and PIN to assess information regarding the eligible ADRs you held and the cash distributions you received in connection with such holdings that was obtained from BNYM's transfer agent on the website www.bnymadrfxsettlement.com. **Please Note: If you are a Registered Holder Settlement Class Member, your Recognized Claim and payment amount will be calculated pursuant to the information provided by BNYM's transfer agent. It is important that you review the holding and distribution information set forth on the website to confirm that it is accurate and complete. If the information regarding your holdings and cash distribution is incorrect or incomplete, you must notify the Claims Administrator (as set forth in ¶ 73 herein) immediately. If the Claims Administrator does not hear from you, it will assume the information set forth on the website is correct and complete, and will use this information to calculate your Claim.**

40.     Settlement Class Members who exclude themselves from the Settlement Class pursuant to ¶¶ 57-72 below, will not receive a payment from the Net Settlement Fund.

41.     **PLEASE NOTE:**  As mentioned above, if you are an ERISA Entity, you may also have received notice concerning a proposed settlement in another action entitled *Carver, et al. v. Bank of New York Mellon, et al.*, No. 15-CV-10180 (JPO)(JLC) (S.D.N.Y.) (the "*ERISA Settlement*").  Detailed information regarding the *ERISA Settlement* can be found on the website www.BNYMADRERISASettlement.com.  **The Settlement described in this Notice is separate from and in addition to the *ERISA Settlement* insofar as ERISA Entities are concerned. ERISA Entities eligible to participate in the *ERISA Settlement* can and should also consider submitting a claim to receive a distribution in connection with this Settlement.**

| What Will Be My Share Of The Settlement Fund? |
| :---: |

42.     At this time, it is not possible to make a precise determination as to the amount of any payment that any individual Settlement Class Member may receive from the Settlement.

43.     Exhibit 1 to this Notice sets forth the Plan of Allocation for allocating the Net Settlement Fund among Authorized Recipients, as proposed by Lead Plaintiffs and Lead Plaintiffs' Counsel. At the Final Approval Hearing, Lead Plaintiffs' Counsel will request that the Court approve the Plan of Allocation. The Court may modify the Plan of Allocation, or approve a different plan of allocation, without further notice to the Settlement Class.

44.     The Plan of Allocation describes the manner by which the Net Settlement Fund will be distributed to eligible Settlement Class Members. In general, the Net Settlement Fund will be allocated to (i) Registered Holder Settlement Class Members and (ii) Non-Registered Holder Settlement Class Members who submit valid Claim Forms. The amount paid to each Authorized Recipient will depend on each Authorized Recipient's calculated Recognized Claim, as defined in the Plan of Allocation below, relative to the Recognized Claims of other Authorized Recipients.

Because the Net Settlement Fund most likely will be less than the total losses alleged to have been suffered in the Action, an Authorized Recipient's proportionate recovery most likely will be less than their alleged loss.

45.    The tax treatment of any distribution varies based upon the recipient's tax status and treatment of its investments. The tax treatment of any distribution from the Net Settlement Fund is the responsibility of each recipient. You should consult your tax advisor to determine the tax consequences, if any, of any distribution to you.

| **When Will I Receive My Payment?** |
| --- |

46.    Payment is conditioned on several matters, including the Court's approval of the Settlement and that approval becoming Final and no longer subject to any appeals. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Recipients will be made after any appeals are resolved and after the completion of all Claims processing. Please be patient, as this process can take some time to complete.

| **Can I Exclude Myself From The Settlement Class?** |
| --- |

47.    Yes. You may request to be excluded (also referred to as "opting-out") from the Settlement Class. If you request exclusion, (a) you will *not* participate in any distribution of the Net Settlement Fund and will not receive any part of the Settlement Amount; (b) you will not be bound by the terms of the Settlement, including the Releases, and you will retain any right to file your own lawsuit concerning the Released Claims; and (c) you will not be able to object to the Settlement.

48.    In the event you wish to exclude yourself from the Settlement Class, you must submit a written Request for Exclusion, which must be ***received no later than _____, 2019***, to:

*Bank of New York Mellon ADR FX Settlement*
c/o KCC Class Action Services
EXCLUSIONS
P.O. Box 505030
Louisville, KY 40233-5030

49.    In order to be valid, your Request for Exclusion must set forth: (i) your name; (ii) your address; (iii) your telephone number; (iv) the identity of the ADRs listed on the attached Appendix that you held and the cash payments you received per eligible ADR during the relevant time period; and (v) a statement that you wish to be excluded from the Settlement Class in the Action.

50.    **To be effective, your Request for Exclusion must be received no later than _____, 2019.** Unless otherwise ordered by the Court, any Settlement Class Member who does not submit a timely and valid Request for Exclusion as provided herein shall be bound by the Settlement. Do not request exclusion if you wish to participate in the Settlement.

51.     You cannot exclude yourself on the Settlement website, by telephone or by email. If you do not follow these procedures – including meeting the deadline for requesting exclusion set forth above – you will not be excluded from the Settlement Class, and you will be bound by all of the orders and judgments entered by the Court regarding the Settlement, including the release of claims.

52.     **Please Note:** If you decide to exclude yourself from the Settlement Class, there is a risk that any lawsuit you may file to pursue claims alleged in the Action may be dismissed, including because the suit is not filed within the applicable time periods required for filing suit. BNYM will have the right to assert any and all defenses it may have to any claims you seek to assert. Also, BNYM may terminate the Settlement if potential Settlement Class Members who meet certain criteria exclude themselves from the Settlement Class.

## THE LAWYERS REPRESENTING YOU

| Do I Have A Lawyer In This Case? |
| --- |

53.     Kessler Topaz Meltzer & Check, LLP and Lieff Cabraser Heimann & Bernstein, LLP are Lead Plaintiffs' Counsel for Lead Plaintiffs and the Settlement Class in the Action. You will not be charged directly by Lead Plaintiffs' Counsel or any other firms representing Lead Plaintiffs in this case. If you want to be represented by your own lawyer, you may hire one at your own expense.

| How Will The Lawyers Be Paid? |
| --- |

54.     Lead Plaintiffs' Counsel, on behalf of all plaintiffs' counsel, will apply to the Court for an award of attorneys' fees and reimbursement of Litigation Expenses. Lead Plaintiffs' Counsel's application for attorneys' fees will not exceed 30% of the Settlement Fund plus reimbursement of Litigation Expenses not to exceed $1,750,000 incurred in connection with the prosecution and resolution of this Action. Lead Plaintiffs' Counsel's application for attorneys' fees and Litigation Expenses, which may include requests for Service Awards to Lead Plaintiffs up to an aggregate amount of $40,000, will be filed by _____, 2019, and the Court will consider this application at the Final Approval Hearing. Once filed, a copy of Lead Plaintiffs' Counsel's application for fees and expenses will be available for review at www.bnymadrfxsettlement.com. Any award of attorneys' fees and reimbursement of Litigation Expenses, including any Service Awards to Lead Plaintiffs, will be paid from the Settlement Fund prior to allocation and payment to Authorized Recipients. ***Settlement Class Members are not personally liable for any such attorneys' fees or expenses.***

55.     To date, neither Lead Plaintiffs' Counsel nor any other firms representing Lead Plaintiffs, have received any payment for their services in prosecuting this Action on behalf of the Settlement Class, nor have any counsel been reimbursed for their out-of-pocket expenses incurred in connection with litigating this Action. The attorneys' fees requested by Lead Plaintiffs' Counsel will compensate counsel for their efforts in achieving the Settlement for the benefit of the

Settlement Class and for their risk in undertaking this representation on a contingency basis. The Court will determine the actual amount of the award.

56.     By following the procedures described in ¶¶ 57-63 below, you can tell the Court that you do not agree with the attorneys' fees and expenses Lead Plaintiffs' Counsel intend to seek and ask the Court to deny their motion or limit the award.

## OBJECTIONS

| **How Do I Tell The Court If I Do Not Like The Settlement?** |
| --- |

57.     Any Settlement Class Member may appear at the Final Approval Hearing and explain why it thinks the Settlement of the Action as embodied in the Stipulation should not be approved as fair, reasonable and adequate and why a judgment should not be entered thereon, why the attorneys' fees and expenses of Lead Plaintiffs' Counsel should not be awarded, in whole or in part, or why Lead Plaintiffs should not be awarded any Service Awards, in whole or in part. However, no Settlement Class Member shall be heard or entitled to contest these matters unless such Settlement Class Member has filed a written objection with the Court.

58.     To object, you must send a letter or other written statement saying that you object to the Settlement, the Plan of Allocation, and/or Lead Plaintiffs' Counsel's request for attorneys' fees and Litigation Expenses (including Service Awards) in *In re: The Bank of New York Mellon*, No. 16-CV-00212-JPO-JLC. You must (i) include your name, address, telephone number, and signature, (ii) indicate whether the objection applies only to the objector, to a specific subset of the Settlement Class or to the entire Settlement Class, and (iii) provide a full explanation of all reasons why you object to the Settlement and state with specificity the grounds for the objection, including any legal and evidentiary support you wish to bring to the Court's attention. You must also include documents sufficient to prove your membership in the Settlement Class, including any of the ADRs listed on the attached Appendix that you held and the cash distributions you received in connection with such holdings during the relevant time period.

59.     **Your written objection must be filed with the Court, and served by mail upon the counsel listed below** *by no later than _____, 2019*:

| CLERK'S OFFICE | LEAD PLAINTIFFS' COUNSEL | DEFENDANT'S COUNSEL |
| --- | --- | --- |
| United States District Court Southern District of New York Clerk of the Court Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 | Sharan Nirmul, Esq. **Kessler Topaz Meltzer & Check, LLP** 280 King of Prussia Road Radnor, PA 19087<br><br>Daniel P. Chiplock, Esq. **Lieff Cabraser Heimann & Bernstein, LLP** 250 Hudson Street | Elizabeth M. Sacksteder, Esq. **Paul, Weiss, Rifkind, Wharton & Garrison LLP** 1285 Avenue of the Americas New York, NY 10019-6064 |

EXHIBIT A-1

| | 8th Floor<br>New York, NY 10013-1413 | |
|---|---|---|

60.     You may file a written objection without having to appear at the Final Approval Hearing. You may not, however, appear at the Final Approval Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

61.     If you wish to be heard orally at the Final Approval Hearing, and if you file and serve a timely written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Plaintiffs' Counsel and Defendant's Counsel at the addresses set forth above so that it is ***received*** **on or before _____, 2019**. Persons who intend to object and desire to present evidence at the Final Approval Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such Persons may be heard orally at the discretion of the Court.

62.     You are not required to hire an attorney to represent you in making written objections to any aspect of the Settlement or in appearing at the Final Approval Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Plaintiffs' Counsel and Defendant's Counsel at the addresses set forth above so that the notice is ***received*** **on or before _____, 2019**.

63.     **UNLESS OTHERWISE ORDERED BY THE COURT, ANY SETTLEMENT CLASS MEMBER WHO DOES NOT OBJECT IN THE MANNER DESCRIBED HEREIN WILL BE DEEMED TO HAVE WAIVED ANY OBJECTION AND SHALL BE FOREVER FORECLOSED FROM MAKING ANY OBJECTION TO THE PROPOSED SETTLEMENT, THE PLAN OF ALLOCATION AND/OR THE REQUESTS FOR ATTORNEYS' FEES AND LITIGATION EXPENSES, INCLUDING ANY SERVICE AWARDS.**

**THE COURT'S FINAL APPROVAL HEARING**

| **When And Where Will The Court Decide Whether To Approve The Settlement?** |
|---|

64.     The Court will hold a Final Approval Hearing at **__:__ _.m. on _____, 2019**, before the Honorable J. Paul Oetken in Courtroom 706 of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

65.     **IF YOU DO NOT WISH TO OBJECT TO THE SETTLEMENT, PLAN OF ALLOCATION OR THE REQUESTS FOR ATTORNEYS' FEES AND LITIGATION EXPENSES (INCLUDING ANY SERVICE AWARDS), YOU NEED NOT ATTEND THE FINAL APPROVAL HEARING.**

EXHIBIT A-1

66.     At the Final Approval Hearing, the Court will consider whether the proposed Settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. At or after the hearing, the Court will decide whether to approve the Settlement. The Court will also consider any motions for attorneys' fees, expenses of plaintiffs' counsel, and Service Awards for Lead Plaintiffs, as well as the proposed Plan of Allocation. We do not know how long these decisions will take.

| **Do I Have To Come To The Hearing?** |
| --- |

67.     No. Lead Plaintiffs' Counsel will answer any questions that the Court may have about the Settlement at the Final Approval Hearing. You are not required to attend the Final Approval Hearing but are welcome to come at your own expense. If you send an objection, you do not have to come to Court to discuss it. As long as you filed your written objection on time, it will be before the Court when the Court considers whether to approve the Settlement as fair, reasonable and adequate. You may also have your own lawyer attend the Final Approval Hearing at your expense, but such attendance is not mandatory. *See* ¶¶ 57-63 above.

68.     **The Final Approval Hearing may be rescheduled by the Court without further notice to the Settlement Class. If you wish to attend the Final Approval Hearing, you should confirm the date and time with Lead Plaintiffs' Counsel.**

| **May I Speak At The Hearing?** |
| --- |

69.     If you are a Settlement Class Member and you have filed a timely objection, and if you wish to speak, present evidence or present testimony at the Final Approval Hearing, you must state in your objection your intention to do so, and must identify any witnesses you intend to call or evidence you intend to present. *See* ¶ 61 above.

### IF YOU DO NOTHING

| **What Happens If I Do Nothing At All?** |
| --- |

70.     If you are a member of the Settlement Class and do nothing and the Settlement is approved, you will be bound by the terms of the Settlement and you will be deemed to have released all Released Claims against all of the Releasees.

71.     If you are a Registered Holder Settlement Class Member and do nothing, you will receive your *pro rata* payment from the Settlement as described in the Plan of Allocation attached hereto as Exhibit 1, or according to such other plan of allocation the Court approves. The Claims Administrator will calculate your Recognized Claim using the information regarding your cash distributions provided by BNYM's transfer agent. However, if you are a Non-Registered Holder Settlement Class Member and do nothing, you will not be eligible to receive a payment from the Settlement. **If you are a Non-Registered Holder Settlement Class Member you must submit a valid Claim Form to be eligible to receive a payment from the Settlement.**

EXHIBIT A-1

## GETTING MORE INFORMATION

| How Do I Get More Information? |
| --- |

72.     This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Additionally, copies of the Stipulation, this Notice, the Claim Form, the proposed Order and Final Judgment, and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.bnymadrfxsettlement.com.

73.     All inquiries concerning this Notice and the Claim Form, or requests for additional information, should be directed to:

*Bank of New York Mellon ADR FX Settlement*
c/o KCC Class Action Services
P.O. Box 505030
Louisville, KY 40233-5030
1-866-447-6210
info@bnymadrfxsettlement.com

*Court-Approved Claims Administrator*

and/or

<table>
<tr><td>Sharan Nirmul, Esq.<br>**KESSLER TOPAZ MELTZER<br>& CHECK, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>info@ktmc.com</td><td>Daniel P. Chiplock, Esq.<br>**LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP**<br>250 Hudson Street<br>8th Floor<br>New York, NY 10013-1413<br>info@lieffcabraser.com</td></tr>
</table>

*Lead Plaintiffs' Counsel for the Settlement Class*

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANT OR ITS COUNSEL REGARDING THIS NOTICE.**

Dated:                                               By Order of the Court
                                                           United States District Court
                                                           Southern District of New York

EXHIBIT A-1

**APPENDIX**

| ISSUER | CUSIPs |
|---|---|
| ABI SAB GROUP HOLDING LTD | 78572M105<br>836216309<br>836220103 |
| ACCOR SA | 00435F101<br>00435F309 |
| ADIDAS AG | 00687A107 |
| ADMINISTRADORA DE FONDOS DE PE | 00709P108 |
| AES TIETE ENERGIA SA | 00809V203<br>00808P207<br>00808P108 |
| AIXTRON SE | 009606104 |
| ALCATEL-LUCENT SA | 013904305 |
| ALLIED IRISH BANKS PLC | 019228402<br>019228303 |
| ALSTOM SA | 021244108 |
| ALTANA AG | 02143N103 |
| ALUMINA LTD | 022205108 |
| AMBEV SA | 20441W203<br>02319V103 |
| ANGLO AMERICAN PLC | 03485P102<br>03485P300 |
| ANGLO PLATINUM | 035078104 |
| ANGLOGOLD ASHANTI LTD | 035128206<br>043743103<br>043743202 |
| ANHEUSER-BUSCH INBEV SA/NV | 03524A108<br>157123209<br>40051F100<br>74838Y207 |
| ARKEMA SA | 041232109 |
| ARM HOLDINGS PLC | 042068106 |
| ASSICURAZIONI GENERALI SPA | 465234102 |
| ASTRA AB | 046298105<br>046298204 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| AUSTRALIA & NEW ZEALAND BANKIN | 052528304 |
| AV GOLD | 035134303 |
| AXA SA | 054536107<br>149188104<br>866791106 |
| B.A. | 060587508<br>060593100 |
| BANCO BILBAO VIZCAYA ARGENTARI | 059458208<br>059456202<br>059456301<br>059456103<br>058925108<br>05946K101<br>059594408<br>059594507<br>07329Q507<br>07329Q200<br>07329Q309 |
| BANCO COMERCIAL PORTUGUES SA | 059479303<br>059479709 |
| BANCO DO BRASIL SA | 059578104 |
| BANCO POPOLARE SC | 059471102<br>059633107 |
| BANCO SANTANDER BRASIL SA | 05964H105<br>05967A107 |
| BANCO SANTANDER CHILE | 05965F108<br>05965X109 |
| BANK OF IRELAND | 46267Q103 |
| BANK OF TOKYO-MITSUBISHI FJ L | 065379109 |
| BARCLAYS AFRICA GROUP LTD | 06738E204<br>06742G302<br>06739H776<br>06739H511<br>06739H362<br>06739F390 |
| BASF SE | 055262505<br>019097104 |
| BASS PLC | 069904209 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| BAT INDUSTRIES PLC | 055270508 |
| BAYER AG | 072730302 |
| BBVA BANCO FRANCES SA | 059591107<br>07329M100 |
| BG GROUP LTD | 055434203<br>052578408<br>055434104<br>780259206<br>780259107 |
| BIDVEST GROUP LTD/THE | 088836101<br>088836200<br>088836309 |
| BILLABONG INTERNATIONAL | 090055104 |
| BLUE CIRCLE INDUSTRIES | 095342408<br>095342507 |
| BNP PARIBAS SA | 05565A202<br>05565A103<br>066747106 |
| BOEHLER-UDDEHOLM AG | 097356307 |
| BRASIL TELECOM PARTICIPACOES S | 10553M101<br>10553M200<br>105530109<br>670851104<br>670851203 |
| BRASILAGRO - CO BRASILEIRA DE | 10554B104 |
| BRASKEM SA | 105532105<br>217252105<br>86959M101 |
| BRF SA | 10552T107<br>71361V204<br>71361V303<br>71361V105 |
| BRITISH AMERICAN TOBACCO PLC | 110448107 |
| BRITISH STEEL | 111015301 |
| BUNZL PLC | 120738406<br>120738307 |
| BURMAH CASTROL PLC | 122169303 |
| CENCOSUD SA | 15132H101 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| | 802233106 |
| CENTRICA PLC | 15639K102<br>15639K201<br>15639K300 |
| CHILCOTT UK LTD | 363240102<br>93443W109 |
| CHINA AGRI-INDUSTRIES HOLDINGS | 16940R109 |
| CHORUS LTD | 17040V107 |
| CHUNGHWA TELECOM CO., LTD. | 17133Q205 |
| CIA BRASILEIRA DE DISTRIBUICAO | 20440T201<br>20440T102 |
| CIA CERVEJARIA BRAHMA | 20440X103<br>20440X202 |
| CIA DE BEBIDAS DAS AMERICAS-AM | 20441W104 |
| CIA DE SANEAMENTO BASICO DO ES | 20441A102 |
| CIA DE TRANSMISSAO DE ENERGIA | 20441Q107<br>20441Q206 |
| CIA ENERGETICA DE SAO PAULO | 20440P209<br>20440P407 |
| CIA PARANAENSE DE ENERGIA | 20441B308<br>20441B407 |
| CIE FINANCIERE RICHEMONT SA | 204318109 |
| COCA COLA HELLENIC BOTTLING CO | 1912EP104 |
| COCA-COLA AMATIL LTD | 191085208 |
| COCA-COLA FEMSA SAB DE CV | 191241108 |
| COFLEXIP SA | 192384105 |
| COMMERZBANK AG | 202597308<br>202597605 |
| COMMONWEALTH BANK OF AUSTRALIA | 202712303<br>202712600 |
| COMP. DE GERACAO DE ENERGIA EL | 20441P109<br>20441P208<br>20441R204<br>20441R105<br>264398108<br>264398207 |
| COMPASS GROUP PLC | 20449X104<br>20449X203 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| | 20449X302 |
| CONTINENTAL AG | 210771200 |
| CONVERIUM | 21248N107 |
| CORUS GROUP LTD | 22087M101 |
| COSCO SHIPPING INTERNATIONAL S | 22112Y203 |
| CRANEWARE PLC | 224465104 |
| CRAYFISH CO. LTD. | 225226208 |
| CREDIT SUISSE GROUP AG | 225401108 |
| CRH PLC | 12626K203 |
| CRUCELL NV | 228769105 |
| DAI NIPPON PRINTING CO LTD | 233806306 |
| DANKA BUSINESS SYSTEMS PLC | 236277109 |
| DBS GROUP HOLDINGS LTD | 23304Y100 |
| DELHAIZE GROUP SCA | 29759W101 |
| DEUTSCHE BANK AG | 251525309 |
| DEUTSCHE LUFTHANSA AG | 251561304<br>549836500 |
| DEUTSCHE POST AG | 25157Y202 |
| DIAGEO PLC | 25243Q205<br>25243Q106<br>402033302 |
| DOLLAR PREF RESTRICTED 4-2 B E | 6162*1019<br>6162*1017 |
| DOMINION MINING LTD | 257457309 |
| DRDGOLD LTD | 26152H103<br>26152H301<br>266597301 |
| DRESDNER BANK AG | 261561302<br>261561401 |
| DUCATI MOTOR HOLDING SPA | 264066101 |
| ELETROPAULO METROPOLITANA ELET | 286203302 |
| ELF AQUITAINE SA | 286269105 |
| EMBOTELLADORA ANDINA SA | 29081P204<br>29081P303 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| | |
| EMBRATEL PARTICIPACOES SA | 29081N100<br>29081N209 |
| EMPRESAS ICA SAB DE CV | 292448107 |
| ENGIE BRASIL ENERGIA SA | 892360108<br>29286U107<br>892360306 |
| ENI LASMO PLC | 501730204 |
| ENI SPA | 26874R108 |
| ENIIM 10 PERP | 501730303 |
| ERSTE GROUP BANK AG | 296036304 |
| EVRAZ HIGHVELD STEEL & VANADIU | 30050A301 |
| FERGUSON PLC | 97786P100 |
| FIBRIA CELULOSE SA | 92906P106 |
| FILA HOLDING S.P.A | 316850106 |
| FOMENTO ECONOMICO MEXICANO SAB | 344419106 |
| FOSTER'S GROUP PTY LTD | 350258307 |
| FRESENIUS MEDICAL CARE AG & CO | 358029106<br>358029205 |
| GALLAHER GROUP LTD | 363595109 |
| GATES WORLDWIDE LTD | 890030208 |
| GAZPROM NEFT PJSC | 36829G107 |
| GAZPROM PJSC | 47973C305<br>753317304<br>753317205<br>753317106 |
| GENESYS | 37185M209 |
| GERDAU SA | 373737105 |
| GETLINK SE | 39944Q109 |
| GLAXOSMITHKLINE PLC | 37733W105 |
| GOL LINHAS AEREAS INTELIGENT | 38045R107 |
| GOLD FIELDS LTD | 262026503<br>38059R100<br>38059T106<br>380596205 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| | 957654304 |
| GRUPO AEROPORTUARIO DEL CENTRO | 400501102 |
| GRUPO AEROPORTUARIO DEL PACIFI | 400506101 |
| GRUPO AEROPORTUARIO DEL SUREST | 40051E202 |
| GRUPO CASA SABA SAB DE CV | 40048P104 |
| GRUPO ELEKTRA, S.A. DE C.V. | 40050A102 |
| GRUPO FINANCIERO BANORTE SAB D | 400486106<br>059456400<br>059456509<br>40051M105<br>40052P107<br>400486304<br>40051M204 |
| GRUPO MEX DESARROLLO | 40048G104<br>40048G203 |
| GRUPO TELEVISA SAB | 40049J206 |
| HANNOVER RUECK SE | 410693105 |
| HARMONY GOLD MINING CO LTD | 413216300 |
| HBOS PLC | 42205M106 |
| HELLENIC TELECOMMUNICATIONS OR | 423325307 |
| HENKEL AG & CO KGAA | 42550U109<br>42550U208 |
| HILLSDOWN HOLDINGS PLC | 432586204 |
| HMS HYDRAULIC MACHINES & SYSTE | 40425X100 |
| HOECHST GMBH | 434390308 |
| HOT TELECOMMUNICATION SYSTEM L | 576561104 |
| HYDROMET CORP LTD | 449003102 |
| IGATE COMPUTER SYSTEMS LTD | 703248203 |
| IMPERIAL HOLDINGS LTD | 452833106<br>452833205 |
| INCITEC PIVOT LTD | 45326Y206 |
| INDOSAT TBK PT | 744383100 |
| INDUSIND BANK LTD | 45579Q108 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| INDUSTRIAS BACHOCO SAB DE CV | 456463108 |
| INDUSTRIE NATUZZI S.P.A. | 456478106 |
| INFORMA PLC | 093529204<br>45672B206<br>45672B305<br>90265U203<br>90969M101 |
| INTERCONTINENTAL HOTELS GROUP | 45857P103<br>458573102<br>458573201 |
| INTERNATIONAL POWER LTD | 46018M104 |
| INTESA SANPAOLO SPA | 05944F104<br>46115H107 |
| INVENSYS LTD | 461204109 |
| INVERSIONES AGUAS METROPOLITAN | 46128Q201 |
| ITAU UNIBANCO HOLDING SA | 059602102<br>465562106<br>059602201<br>90458E107 |
| J SAINSBURY PLC | 466249208 |
| JOHNSON MATTHEY PLC | 479142309<br>479142408<br>479142507 |
| JULIUS BAER GROUP LTD | 481369106 |
| KIDDE PLC | 493793103 |
| KINGFISHER PLC | 495724403<br>495724205<br>495724304 |
| KINGSGATE CONSOLIDATED LTD | 496362104 |
| KLABIN SA | 45647P108<br>49834M100 |
| KOMATSU LTD | 500458401 |
| KOMERCNI BANKA AS | 500459409 |
| KONINKLIJKE AHOLD N.V. | 500467303<br>500467402<br>500467AA3 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| KOOR INDUSTRIES LTD | 500507108 |
| KROTON EDUCACIONAL SA | 50106A402 |
| KUMBA IRON ORE LTD | 50125N104 |
| LADBROKE GROUP INC | 505727305<br>505730101 |
| LAGARDERE SCA | 507069102 |
| LAN AIRLINES S.A. | 501723100 |
| LEGAL & GENERAL GROUP PLC | 52463H103 |
| LENDLEASE GROUP | 526023205 |
| LHR AIRPORTS LTD | 05518L206 |
| LIBERTY GROUP LTD | 140487109<br>530616101<br>53055R103<br>53055R202<br>530706100<br>530706209 |
| LIHIR GOLD LTD | 532349206<br>532349107 |
| LLOYDS BANKING GROUP PLC | 539439109 |
| LONMIN PLC | 54336Q104<br>54336Q203<br>543374409 |
| LUKOIL PJSC | 69343P105<br>677862104<br>677862807<br>677862302<br>677862203 |
| LUXOTTICA GROUP SPA | 55068R202 |
| LVMH MOET HENNESSY LOUIS VUITT | 502441207 |
| MACQUARIE GROUP LTD | 55607P105<br>55607P204 |
| MADECO, S.A. | 556304103<br>556304202 |
| MAHANAGAR TELEPHONE NIGAM LTD | 559778402 |
| MAKITA CORP | 560877300 |
| MANNESMANN A.G. | 563775303 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| MASISA SA | 574799102<br>574800108 |
| MASSMART HOLDINGS LTD | 576290100 |
| METSO OYJ | 592671101<br>754183101<br>920232303 |
| MIZUHO FINANCIAL GROUP INC | 359558103<br>60687Y109 |
| MMC NORILSK NICKEL PJSC | 46626D108<br>55315J102 |
| MMI HOLDINGS LTD/SOUTH AFRICA | 55314H107 |
| MOBILE TELESYSTEMS PJSC | 61946A106 |
| MOL HUNGARIAN OIL & GAS PLC | 831595202 |
| MOSENERGO PJSC | 037376100<br>037376308 |
| MTN GROUP LTD | 62474M108 |
| NATIONAL AUSTRALIA BANK LTD | 632525408 |
| NATIONAL BANK OF GREECE SA | 633643507<br>633643408 |
| NATIONAL GRID | 636274102<br>636274300<br>636274409 |
| NATIONAL POWER PLC | 637194408 |
| NATUZZI SPA | 63905A101 |
| NEC CORP | 629050204<br>81661W109 |
| NEDBANK GROUP LTD | 63975P103<br>63975K104<br>63975P202 |
| NET SERVICOS DE COMUNICACAO SA | 37957X102 |
| NEWCREST MINING LTD | 651191108 |
| NEWMONT AUSTRALIA PTY LTD | 390290104<br>656190105<br>656190204 |
| NIPPON YUSEN KK | 654633304 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| NOMURA HOLDINGS INC | 65535H208 |
| NTT DOCOMO INC | 62942M201<br>62942M102<br>629424201<br>62942M300<br>629424102<br>629424508<br>629424409 |
| ORANGE POLSKA SA | 87943D108 |
| ORANGE SA | 35177Q105<br>35177Q204<br>35177QAB1 |
| ORKLA ASA | 686331109 |
| PARTNER COMMUNICATIONS CO LTD | 70211M109 |
| PEARSON PLC | 705015105 |
| PERNOD RICARD SA | 019121102<br>714264108 |
| PETROCHINA CO LTD | 71646E100 |
| PETROLEO BRASILEIRO SA | 71654V101<br>71654V408 |
| PFLLN 1.35 | 74050U206 |
| PHAROL SGPS SA | 737273102 |
| POLSKI KONCERN NAFTOWY ORLEN S | 731613402 |
| POLYUS PJSC | 678129107<br>73181P102 |
| POWERGEN LTD | 738905405 |
| PREMIER FARNELL LTD | 74050U107 |
| PROVIDENT FINANCIAL PLC | 74387B103 |
| PUBLICIS GROUPE SA | 74463M106<br>F76080112<br>785144205 |
| QANTAS AIRWAYS LTD | 74726M406<br>74726M505 |
| QBE INSURANCE GROUP LTD | 74728G605 |
| RACAL ELECTRONICS PLC | 749815403 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| RANDSTAD UK HOLDING LTD | 81617E203 |
| RBS 11.2 PERP | 780097309 |
| RBS 6.35 PERP | 780097770 |
| RBS 8 1/2 PERP | 780097804<br>780097853 |
| RBS 8.1 PERP | 780097705 |
| RBS 8.2125 PERP | 780097606 |
| RBS 9 1/2 PERP | 780097408 |
| REED ELSEVIER NV | 758204101<br>758205108<br>758204200<br>758205207 |
| RENTOKIL INITIAL PLC | 760125104 |
| REPSOL SA | 76026T205 |
| REXAM LTD | 761655406<br>761655505<br>761655604 |
| RHODIA SA | 762397107<br>762397206 |
| RIO TINTO FRANCE SAS | 705151207 |
| RIO TINTO PLC | 767202104<br>767204100<br>045074101<br>126170505<br>74974K706 |
| ROCHE HOLDING AG | 771195104<br>771195401 |
| ROLLS-ROYCE HOLDINGS PLC | 775781206 |
| ROYAL BANK OF SCOTLAND/ABN | 780097721<br>780097739 |
| RUSHYDRO PJSC | 466294105<br>782183123<br>782183131<br>782183404<br>466294204 |
| RWE AG | 74975E303<br>74975E402 |
| RWE GENERATION UK HOLDINGS PLC | 45769A103 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| RYANAIR HOLDINGS PLC | 783513104 |
| SADIA SA | 786326108 |
| SANOFI | 80105N105<br>762426AC8<br>762426401<br>80105N204 |
| SANTANDER UK PLC | 002920106<br>002920700 |
| SANUK 8 3/4 PERP | 002920205 |
| SAP SE | 803054204<br>803054303 |
| SAPPI LTD | 803069103<br>803069202<br>108510041 |
| SASOL LTD | 803866300 |
| SBERBANK OF RUSSIA PJSC | 80585Y308 |
| SCOR SE | 80917Q106 |
| SCOTTISH POWER PLC | 81013T408<br>81013T705 |
| SEGA SAMMY HOLDINGS INC | 815794102 |
| SEKISUI HOUSE LTD | 816078307 |
| SERONO | 81752M101 |
| SEVERSKY TUBE WORKS PJSC | 818146102 |
| SHELL TRANSPORT & TRADING CO L | 822703609 |
| SHISEIDO CO LTD | 824841407 |
| SHOPRITE HOLDINGS LTD | 82510E209 |
| SIBANYE GOLD LTD | 03840M109<br>825724206 |
| SIGNET JEWELERS LTD | 82668L872 |
| SIMS METAL MANAGEMENT LTD | 829160100 |
| SIX CONTINENTS LTD | 830018107 |
| SKY PLC | 111013108 |
| SMITHKLINE BEECHAM LTD | 832378301 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| SOCIEDAD QUIMICA Y MINERA DE C | 833636103 |
| SOCIEDAD QUMICA Y MINERA DE CHILE | 833635105 |
| SOCIETE GENERALE SA | 784320103<br>784320202<br>83364L109 |
| SODEXO SA | 833792104 |
| SOFTBANK GROUP CORP | 471104109 |
| SOUTHERN ELECTRIC PLC 144A | 842809709<br>842809402 |
| SPARK NEW ZEALAND LTD | 84652A102<br>879278307<br>879278208 |
| SSE PLC | 810133405<br>810133702<br>81012K309 |
| STANDARD BANK GROUP LTD | 853118206 |
| STATOIL ASA | 85771P102 |
| SUBMARINO S.A. - REG S | 86431P300<br>86431P508 |
| SUMITOMO MITSUI FINANCIAL GROU | 865622104 |
| SUNCORP GROUP LTD | 867232100 |
| SURGUTNEFTEGAS OJSC | 46625F104<br>868861204<br>868861105 |
| SVENSKA CELLULOSA AB SCA | 869587402 |
| SWEDISH MATCH AB | 870309507 |
| SWIRE PACIFIC LTD | 870794302<br>870794401<br>870797404 |
| SWISSCOM AG | 871013108 |
| SYNGENTA AG | 87160A100 |
| TABCORP HOLDINGS LTD | 873306203 |
| TATA COMMUNICATIONS LTD | 876564105<br>92659G402<br>92659G600<br>92659G303 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| | |
| TATE & LYLE PLC | 876570607 |
| TATNEFT PJSC | 03737P207 |
| | 03737P108 |
| | 65486P100 |
| | 876629205 |
| TDC A/S | 87236N102 |
| TELE CELULAR SUL PART S.A. | 879238103 |
| TELE CENTRO OESTE CELULAR PART | 87923P105 |
| TELE NORDESTE CELULAR PARTICIP | 87924W109 |
| TELE NORTE LESTE PARTICIPACOES | 87924Y105 |
| | 879246106 |
| TELE SUDESTE CELULAR PARTICIPA | 87943B102 |
| | 879252104 |
| TELE2 AB | 87952P109 |
| | 87952P208 |
| TELECOMUNICACOES BRASILEIRAS S | 879287209 |
| TELEKOM AUSTRIA AG | 87943Q109 |
| TELEKOMUNIKASI INDONESIA PERSE | 715684106 |
| TELEMIG CELULAR PARTICIPACOES | 87944E105 |
| TELESP PARTICIPACOES S.A. | 87952L108 |
| | 87952K100 |
| TELKOM SA SOC LTD | 879603108 |
| TELSTRA CORP LTD | 87969N204 |
| | 87969N303 |
| | 87969N105 |
| TERNIUM MEXICO SA DE CV | 880890108 |
| TESCO PLC | 881575302 |
| | 098561202 |
| TEVA PHARMACEUTICAL INDUSTRIES | 881624209 |
| | 16361E108 |
| | 50540H104 |
| TIGER BRANDS LTD | 88673M102 |
| | 88673M201 |
| | 886911106 |

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| TMK PJSC | 87260R300 |
| TOTAL SA | 89151E109<br>716485206 |
| TRANSCOM WORLDWIDE SA | 893234104<br>893545103<br>893545202<br>894116102 |
| TREND MICRO INC/JAPAN | 89486M206 |
| TURKIYE GARANTI BANKASI AS | 900148305<br>900148701<br>900151101 |
| TV AZTECA SAB DE CV | 901145102 |
| UBS AG | 90261R105 |
| ULTRAPAR PARTICIPACOES SA | 90400P101 |
| UNIBAIL-RODAMCO SE | 960224103 |
| UNIFIED ENERGY SYSTEM OAO | 904688108<br>904688405 |
| UNION ANDINA DE CEMENTOS SAA | 904845104 |
| UNITED OVERSEAS BANK LTD | 911271302<br>910903301 |
| USINAS SIDERURGICAS DE MINAS G | 917302408 |
| VAN DER MOOLEN HOLDING NV | 921020103 |
| VEOLIA ENVIRONNEMENT SA | 92334N103 |
| VIMPEL-COMMUNICATIONS PJSC | 92719A106<br>92719A304 |
| VINA CONCHA Y TORO SA | 927191106 |
| VIVENDI SA | 137041208<br>204390108<br>419312202<br>92851S105<br>92851S204 |
| VODAFONE AIRTOUCH PLC | 92857T107 |
| VODAFONE GROUP PLC | 92857W308<br>698113107<br>87926R108<br>92857W209<br>92857W100 |

37

EXHIBIT A-1

| ISSUER | CUSIPs |
|---|---|
| | 92858M101 |
| WACOAL HOLDINGS CORP | 930004205 |
| WAL-MART DE MEXICO SAB DE CV | 93114W107 |
| WAVECOM SA | 943531103 |
| WESTPAC BANKING CORPORATION | 789547106<br>961214301 |
| WIND HELLAS TELECOMMUNICATIONS | 859823106<br>88706Q104 |
| WMC LIMITED | 928947100<br>92928R106 |
| WOODSIDE PETROLEUM LTD | 980228308 |
| WOOLWORTHS HOLDINGS LTD/SOUTH | 480209402<br>98088R109<br>98088R505 |
| ZURICH INSURANCE GROUP AG | 01959Q101<br>98982M107<br>989825104 |

**EXHIBIT 1**

**PLAN OF ALLOCATION OF NET SETTLEMENT FUND**

The plan of allocation set forth below ("Plan of Allocation" or "Plan") is the plan for allocating the Net Settlement Fund to Authorized Recipients that is being proposed by Lead Plaintiffs and Lead Plaintiffs' Counsel. In accordance with the Settlement, the Net Settlement Fund will be allocated to (i) Registered Holder Settlement Class Members and (ii) Non-Registered Holder Settlement Class Members who submit valid Claim Forms. The Court may approve the below Plan, or modify it, without additional notice to the Settlement Class. Any order modifying the Plan will be posted on the website for the Settlement, www.bnymadrfxsettlement.com.

The objective of the Plan is to equitably distribute the Net Settlement Fund among as many Settlement Class Members as possible. The Plan is based on Lead Plaintiffs' view of the average margin per ADR that BNYM retained on FX conversions of ADR dividends and cash distributions as determined by Lead Plaintiffs' damages expert. BNYM produced data concerning the amount (if any) it retained for cash distributions issued for the ADRs listed in the Appendix hereto between January 1, 1997 and December 31, 2017, inclusive. Utilizing this data, Lead Plaintiffs' damages expert calculated the average margin per ADR across the Settlement Class Period. BNYM does not concede the accuracy of Lead Plaintiffs' damages expert's calculation, or that there were any damages. The Plan is intended to be generally consistent with an assessment of, among other things, the damages that Lead Plaintiffs and Lead Plaintiffs' Counsel believe could have been recovered for the claims asserted in the Action, and reflect Lead Plaintiffs' allegations that over the course of the relevant time period, BNYM, as depositary for certain ADRs, systematically deducted impermissible fees for conducting FX from dividends and/or cash distributions issued by foreign companies, and owed to ADR holders.

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Recipient will receive an amount equal to that Settlement Class Member's "Recognized Claim," as described below. If, however, as expected, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Claim of each Authorized Recipient, then each Authorized Recipient shall be paid the percentage of the Net Settlement Fund that each Authorized Recipient's Recognized Claim bears in relation to the total of the Recognized Claims of all Authorized Recipients – *i.e.*, the Authorized Recipient's *pro rata* share of the Net Settlement Fund.

**A.      Calculation of Recognized Claims**

Individuals and entities are potentially eligible to participate in the Settlement and the distribution of the Net Settlement Fund if they at any time during the Settlement Class Period (*i.e.*, January 1, 1997 through _____, 2019, inclusive) held (directly or indirectly, registered or beneficially), or otherwise claim any entitlement to any payment (whether a dividend, rights offering, interest on capital, sale of shares, or other distribution) in connection with, any ADR for which BNYM acted as the depositary sponsored by an issuer that is identified in the Appendix to the Notice.

EXHIBIT A-1

A "Recognized Loss Amount Per ADR" will be calculated according to the formula set forth below for each eligible ADR a Settlement Class Member held during the relevant time period and for which they received a cash distribution. A Settlement Class Member's "Recognized Claim" shall be the sum of his, her or its Recognized Loss Amounts Per ADR.

<u>The formula for calculating a Settlement Class Member's Recognized Loss Amount Per ADR shall be as follows</u>:

$$\begin{array}{ccc} \textit{Gross Amount of Cash Distributions} & & \textit{Calculated Average Margin for} \\ \textit{Received by the Settlement Class} & X & \textit{ADR ("Margin") set forth in} \\ \textit{Member for that ADR} & & \textit{Table 1 below} \end{array}$$

**B.      Distribution to Authorized Recipients**

Prior to the Effective Date, the Settlement Fund shall remain in an interest-bearing escrow account, except as otherwise provided in the Stipulation. After the Court enters the Order and Final Judgment and the Settlement becomes Final, the Claims Administrator shall distribute the Net Settlement Fund, which shall be done as promptly as possible pursuant to the Distribution Order. The Distribution Order shall not authorize payments to Authorized Recipients prior to the Effective Date.

**C.      Additional Provisions**

As noted above, the Net Settlement Fund will be distributed to Authorized Recipients on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Recipient, which shall be the Authorized Recipient's Recognized Claim divided by the total Recognized Claims of all Authorized Recipients, multiplied by the total amount in the Net Settlement Fund. If an Authorized Recipient's Distribution Amount calculates to less than $1.00, it will not be included in the calculation and no distribution will be made to such Authorized Recipient.

After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Recipients cash their distribution checks. To the extent any monies remain in the fund nine (9) months after the initial distribution, if Lead Plaintiffs' Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Recipients who have cashed their initial distributions and who would receive at least $1.00 from such re-distribution. Additional re-distributions to Authorized Recipients who have cashed their prior checks and who would receive at least $1.00 on such additional re-distributions may occur thereafter if Lead Plaintiffs' Counsel, in consultation with the Claims Administrator, determine that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, Lead Plaintiffs' Counsel shall seek an order from the Court: (i) approving the recommendation that any further re-distribution is

not cost effective or efficient; and (ii) ordering the contribution of the Net Settlement Fund to a nonsectarian charitable organization selected by the Court upon application by Lead Plaintiffs.

Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Recipients. No Person shall have any claim against Lead Plaintiffs, Lead Plaintiffs' Counsel, plaintiffs' counsel, Lead Plaintiffs' damages expert, Defendant, Defendant's Counsel, or any of the other Released Parties, the Claims Administrator, the Publication Notice Plan Administrator or other agent designated by Lead Plaintiffs' Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Lead Plaintiffs, Defendant, and their respective counsel, and all other Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund or the Net Settlement Fund; the plan of allocation; the determination, administration, calculation, or payment of any Claim or nonperformance of the Claims Administrator or the Publication Notice Plan Administrator; the payment or withholding of Taxes and Tax Expenses; or any losses incurred in connection therewith.

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| ABI SAB GROUP HOLDING LTD | 78572M105 836216309 836220103 | 0.34% |
| ACCOR SA | 00435F101 00435F309 | 0.62% |
| ADIDAS AG | 00687A107 | 0.43% |
| ADMINISTRADORA DE FONDOS DE PE | 00709P108 | 0.28% |
| AES TIETE ENERGIA SA | 00809V203 00808P207 00808P108 | 0.43% |
| AIXTRON SE | 009606104 | 0.28% |
| ALCATEL-LUCENT SA | 013904305 | 0.24% |
| ALLIED IRISH BANKS PLC | 019228402 019228303 | 0.22% |
| ALSTOM SA | 021244108 | 0.31% |
| ALTANA AG | 02143N103 | 0.42% |
| ALUMINA LTD | 022205108 | 1.03% |
| AMBEV SA | 20441W203 02319V103 | 0.94% |

EXHIBIT A-1

| TABLE 1<br>Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| ANGLO AMERICAN PLC | 03485P102<br>03485P300 | 0.50% |
| ANGLO PLATINUM | 035078104 | 0.30% |
| ANGLOGOLD ASHANTI LTD | 035128206<br>043743103<br>043743202 | 0.36% |
| ANHEUSER-BUSCH INBEV SA/NV | 03524A108<br>157123209<br>40051F100<br>74838Y207 | 0.42% |
| ARKEMA SA | 041232109 | 0.26% |
| ARM HOLDINGS PLC | 042068106 | 0.30% |
| ASSICURAZIONI GENERALI SPA | 465234102 | 0.86% |
| ASTRA AB | 046298105<br>046298204 | 0.17% |
| AUSTRALIA & NEW ZEALAND BANKIN | 052528304 | 0.47% |
| AV GOLD | 035134303 | 0.97% |
| AXA SA | 054536107<br>149188104<br>866791106 | 0.37% |
| B.A. | 060587508<br>060593100 | 0.64% |
| BANCO BILBAO VIZCAYA ARGENTARI | 059458208<br>059456202<br>059456301<br>059456103<br>058925108<br>05946K101<br>059594408<br>059594507<br>07329Q507<br>07329Q200<br>07329Q309 | 0.36% |
| BANCO COMERCIAL PORTUGUES SA | 059479303<br>059479709 | 0.46% |
| BANCO DO BRASIL SA | 059578104 | 0.46% |

EXHIBIT A-1

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| ISSUER | CUSIPs | MARGIN |
| BANCO POPOLARE SC | 059471102 059633107 | 0.31% |
| BANCO SANTANDER BRASIL SA | 05964H105 05967A107 | 0.37% |
| BANCO SANTANDER CHILE | 05965F108 05965X109 | 1.14% |
| BANK OF IRELAND | 46267Q103 | 0.22% |
| BANK OF TOKYO-MITSUBISHI FJ L | 065379109 | 0.20% |
| BARCLAYS AFRICA GROUP LTD | 06738E204 06742G302 06739H776 06739H511 06739H362 06739F390 | 0.25% |
| BASF SE | 055262505 019097104 | 0.41% |
| BASS PLC | 069904209 | 0.20% |
| BAT INDUSTRIES PLC | 055270508 | 0.31% |
| BAYER AG | 072730302 | 0.25% |
| BBVA BANCO FRANCES SA | 059591107 07329M100 | 0.39% |
| BG GROUP LTD | 055434203 052578408 055434104 780259206 780259107 | 0.25% |
| BIDVEST GROUP LTD/THE | 088836101 088836200 088836309 | 0.36% |
| BILLABONG INTERNATIONAL | 090055104 | 0.69% |
| BLUE CIRCLE INDUSTRIES | 095342408 095342507 | 0.30% |
| BNP PARIBAS SA | 05565A202 05565A103 066747106 | 0.43% |

EXHIBIT A-1

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| BOEHLER-UDDEHOLM AG | 097356307 | 0.66% |
| BRASIL TELECOM PARTICIPACOES S | 10553M101 10553M200 105530109 670851104 670851203 | 0.34% |
| BRASILAGRO - CO BRASILEIRA DE | 10554B104 | 0.48% |
| BRASKEM SA | 105532105 217252105 86959M101 | 0.61% |
| BRF SA | 10552T107 71361V204 71361V303 71361V105 | 0.40% |
| BRITISH AMERICAN TOBACCO PLC | 110448107 | 0.32% |
| BRITISH STEEL | 111015301 | 0.48% |
| BUNZL PLC | 120738406 120738307 | 0.21% |
| BURMAH CASTROL PLC | 122169303 | 0.25% |
| CENCOSUD SA | 15132H101 802233106 | 0.28% |
| CENTRICA PLC | 15639K102 15639K201 15639K300 | 0.13% |
| CHILCOTT UK LTD | 363240102 93443W109 | 0.41% |
| CHINA AGRI-INDUSTRIES HOLDINGS | 16940R109 | 0.01% |
| CHORUS LTD | 17040V107 | 0.38% |
| CHUNGHWA TELECOM CO., LTD. | 17133Q205 | 0.15% |
| CIA BRASILEIRA DE DISTRIBUICAO | 20440T201 20440T102 | 0.47% |
| CIA CERVEJARIA BRAHMA | 20440X103 20440X202 | 0.31% |
| CIA DE BEBIDAS DAS AMERICAS-AM | 20441W104 | 0.73% |

EXHIBIT A-1

| TABLE 1<br>Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| CIA DE SANEAMENTO BASICO DO ES | 20441A102 | 0.47% |
| CIA DE TRANSMISSAO DE ENERGIA | 20441Q107<br>20441Q206 | 0.54% |
| CIA ENERGETICA DE SAO PAULO | 20440P209<br>20440P407 | 0.38% |
| CIA PARANAENSE DE ENERGIA | 20441B308<br>20441B407 | 0.62% |
| CIE FINANCIERE RICHEMONT SA | 204318109 | 0.30% |
| COCA COLA HELLENIC BOTTLING CO | 1912EP104 | 0.24% |
| COCA-COLA AMATIL LTD | 191085208 | 0.33% |
| COCA-COLA FEMSA SAB DE CV | 191241108 | 0.35% |
| COFLEXIP SA | 192384105 | 0.36% |
| COMMERZBANK AG | 202597308<br>202597605 | 0.13% |
| COMMONWEALTH BANK OF AUSTRALIA | 202712303<br>202712600 | 0.29% |
| COMP. DE GERACAO DE ENERGIA EL | 20441P109<br>20441P208<br>20441R204<br>20441R105<br>264398108<br>264398207 | 0.33% |
| COMPASS GROUP PLC | 20449X104<br>20449X203<br>20449X302 | 0.12% |
| CONTINENTAL AG | 210771200 | 0.47% |
| CONVERIUM | 21248N107 | 0.62% |
| CORUS GROUP LTD | 22087M101 | 0.31% |
| COSCO SHIPPING INTERNATIONAL S | 22112Y203 | 0.49% |
| CRANEWARE PLC | 224465104 | 0.35% |
| CRAYFISH CO. LTD. | 225226208 | 0.64% |
| CREDIT SUISSE GROUP AG | 225401108 | 0.04% |
| CRH PLC | 12626K203 | 0.36% |

EXHIBIT A-1

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| CRUCELL NV | 228769105 | 0.18% |
| DAI NIPPON PRINTING CO LTD | 233806306 | 0.49% |
| DANKA BUSINESS SYSTEMS PLC | 236277109 | 0.25% |
| DBS GROUP HOLDINGS LTD | 23304Y100 | 0.18% |
| DELHAIZE GROUP SCA | 29759W101 | 0.29% |
| DEUTSCHE BANK AG | 251525309 | 0.32% |
| DEUTSCHE LUFTHANSA AG | 251561304 549836500 | 0.24% |
| DEUTSCHE POST AG | 25157Y202 | 0.24% |
| DIAGEO PLC | 25243Q205 25243Q106 402033302 | 0.28% |
| DOLLAR PREF RESTRICTED 4-2 B E | 6162*1019 6162*1017 | 0.25% |
| DOMINION MINING LTD | 257457309 | 2.66% |
| DRDGOLD LTD | 26152H103 26152H301 266597301 | 0.48% |
| DRESDNER BANK AG | 261561302 261561401 | 0.17% |
| DUCATI MOTOR HOLDING SPA | 264066101 | 0.90% |
| ELETROPAULO METROPOLITANA ELET | 286203302 | 0.67% |
| ELF AQUITAINE SA | 286269105 | 0.44% |
| EMBOTELLADORA ANDINA SA | 29081P204 29081P303 | 0.30% |
| EMBRATEL PARTICIPACOES SA | 29081N100 29081N209 | 0.44% |
| EMPRESAS ICA SAB DE CV | 292448107 | 0.34% |
| ENGIE BRASIL ENERGIA SA | 892360108 29286U107 892360306 | 0.64% |
| ENI LASMO PLC | 501730204 | 0.26% |

46

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| ENI SPA | 26874R108 | 0.37% |
| ENIIM 10 PERP | 501730303 | 0.25% |
| ERSTE GROUP BANK AG | 296036304 | 0.41% |
| EVRAZ HIGHVELD STEEL & VANADIU | 30050A301 | 0.42% |
| FERGUSON PLC | 97786P100 | 0.30% |
| FIBRIA CELULOSE SA | 92906P106 | 0.65% |
| FILA HOLDING S.P.A | 316850106 | 0.27% |
| FOMENTO ECONOMICO MEXICANO SAB | 344419106 | 0.48% |
| FOSTER'S GROUP PTY LTD | 350258307 | 0.54% |
| FRESENIUS MEDICAL CARE AG & CO | 358029106 358029205 | 0.44% |
| GALLAHER GROUP LTD | 363595109 | 0.12% |
| GATES WORLDWIDE LTD | 890030208 | 0.26% |
| GAZPROM NEFT PJSC | 36829G107 | 0.29% |
| GAZPROM PJSC | 47973C305 753317304 753317205 753317106 | 0.23% |
| GENESYS | 37185M209 | 0.21% |
| GERDAU SA | 373737105 | 0.66% |
| GETLINK SE | 39944Q109 | 0.85% |
| GLAXOSMITHKLINE PLC | 37733W105 | 0.36% |
| GOL LINHAS AEREAS INTELIGENT | 38045R107 | 0.85% |
| GOLD FIELDS LTD | 262026503 38059R100 38059T106 380596205 957654304 | 0.53% |
| GRUPO AEROPORTUARIO DEL CENTRO | 400501102 | 0.33% |
| GRUPO AEROPORTUARIO DEL PACIFI | 400506101 | 0.29% |
| GRUPO AEROPORTUARIO DEL SUREST | 40051E202 | 0.40% |
| GRUPO CASA SABA SAB DE CV | 40048P104 | 0.34% |

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| GRUPO ELEKTRA, S.A. DE C.V. | 40050A102 | 0.33% |
| GRUPO FINANCIERO BANORTE SAB D | 400486106 059456400 059456509 40051M105 40052P107 400486304 40051M204 | 0.27% |
| GRUPO MEX DESARROLLO | 40048G104 40048G203 | 0.30% |
| GRUPO TELEVISA SAB | 40049J206 | 0.30% |
| HANNOVER RUECK SE | 410693105 | 0.30% |
| HARMONY GOLD MINING CO LTD | 413216300 | 0.74% |
| HBOS PLC | 42205M106 | 0.14% |
| HELLENIC TELECOMMUNICATIONS OR | 423325307 | 0.32% |
| HENKEL AG & CO KGAA | 42550U109 42550U208 | 0.40% |
| HILLSDOWN HOLDINGS PLC | 432586204 | 0.25% |
| HMS HYDRAULIC MACHINES & SYSTE | 40425X100 | 0.95% |
| HOECHST GMBH | 434390308 | 0.17% |
| HOT TELECOMMUNICATION SYSTEM L | 576561104 | 0.26% |
| HYDROMET CORP LTD | 449003102 | 0.33% |
| IGATE COMPUTER SYSTEMS LTD | 703248203 | 0.21% |
| IMPERIAL HOLDINGS LTD | 452833106 452833205 | 0.14% |
| INCITEC PIVOT LTD | 45326Y206 | 0.35% |
| INDOSAT TBK PT | 744383100 | 0.29% |
| INDUSIND BANK LTD | 45579Q108 | 0.41% |
| INDUSTRIAS BACHOCO SAB DE CV | 456463108 | 0.34% |
| INDUSTRIE NATUZZI S.P.A. | 456478106 | 0.85% |
| INFORMA PLC | 093529204 45672B206 45672B305 90265U203 90969M101 | 0.18% |

| TABLE 1<br>Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| INTERCONTINENTAL HOTELS GROUP | 45857P103<br>458573102<br>458573201 | 0.32% |
| INTERNATIONAL POWER LTD | 46018M104 | 0.64% |
| INTESA SANPAOLO SPA | 05944F104<br>46115H107 | 0.38% |
| INVENSYS LTD | 461204109 | 0.71% |
| INVERSIONES AGUAS METROPOLITAN | 46128Q201 | 0.13% |
| ITAU UNIBANCO HOLDING SA | 059602102<br>465562106<br>059602201<br>90458E107 | 0.49% |
| J SAINSBURY PLC | 466249208 | 0.34% |
| JOHNSON MATTHEY PLC | 479142309<br>479142408<br>479142507 | 0.41% |
| JULIUS BAER GROUP LTD | 481369106 | 0.38% |
| KIDDE PLC | 493793103 | 0.60% |
| KINGFISHER PLC | 495724403<br>495724205<br>495724304 | 0.32% |
| KINGSGATE CONSOLIDATED LTD | 496362104 | 0.58% |
| KLABIN SA | 45647P108<br>49834M100 | 0.71% |
| KOMATSU LTD | 500458401 | 0.19% |
| KOMERCNI BANKA AS | 500459409 | 0.24% |
| KONINKLIJKE AHOLD N.V. | 500467303<br>500467402<br>500467AA3 | 0.11% |
| KOOR INDUSTRIES LTD | 500507108 | 0.38% |
| KROTON EDUCACIONAL SA | 50106A402 | 0.14% |
| KUMBA IRON ORE LTD | 50125N104 | 0.32% |
| LADBROKE GROUP INC | 505727305<br>505730101 | 0.18% |

| TABLE 1<br>Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| LAGARDERE SCA | 507069102 | 0.45% |
| LAN AIRLINES S.A. | 501723100 | 0.46% |
| LEGAL & GENERAL GROUP PLC | 52463H103 | 0.17% |
| LENDLEASE GROUP | 526023205 | 0.63% |
| LHR AIRPORTS LTD | 05518L206 | 0.37% |
| LIBERTY GROUP LTD | 140487109<br>530616101<br>53055R103<br>53055R202<br>530706100<br>530706209 | 0.59% |
| LIHIR GOLD LTD | 532349206<br>532349107 | 0.67% |
| LLOYDS BANKING GROUP PLC | 539439109 | 0.26% |
| LONMIN PLC | 54336Q104<br>54336Q203<br>543374409 | 0.24% |
| LUKOIL PJSC | 69343P105<br>677862104<br>677862807<br>677862302<br>677862203 | 0.30% |
| LUXOTTICA GROUP SPA | 55068R202 | 0.52% |
| LVMH MOET HENNESSY LOUIS VUITT | 502441207 | 0.63% |
| MACQUARIE GROUP LTD | 55607P105<br>55607P204 | 0.42% |
| MADECO, S.A. | 556304103<br>556304202 | 0.51% |
| MAHANAGAR TELEPHONE NIGAM LTD | 559778402 | 0.18% |
| MAKITA CORP | 560877300 | 0.31% |
| MANNESMANN A.G. | 563775303 | 0.28% |
| MASISA SA | 574799102<br>574800108 | 0.22% |
| MASSMART HOLDINGS LTD | 576290100 | 0.69% |

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| METSO OYJ | 592671101<br>754183101<br>920232303 | 0.39% |
| MIZUHO FINANCIAL GROUP INC | 359558103<br>60687Y109 | 0.29% |
| MMC NORILSK NICKEL PJSC | 46626D108<br>55315J102 | 0.45% |
| MMI HOLDINGS LTD/SOUTH AFRICA | 55314H107 | 0.30% |
| MOBILE TELESYSTEMS PJSC | 61946A106 | 0.10% |
| MOL HUNGARIAN OIL & GAS PLC | 831595202 | 0.57% |
| MOSENERGO PJSC | 037376100<br>037376308 | 0.14% |
| MTN GROUP LTD | 62474M108 | 0.24% |
| NATIONAL AUSTRALIA BANK LTD | 632525408 | 0.41% |
| NATIONAL BANK OF GREECE SA | 633643507<br>633643408 | 0.38% |
| NATIONAL GRID | 636274102<br>636274300<br>636274409 | 0.26% |
| NATIONAL POWER PLC | 637194408 | 0.30% |
| NATUZZI SPA | 63905A101 | 0.49% |
| NEC CORP | 629050204<br>81661W109 | 0.71% |
| NEDBANK GROUP LTD | 63975P103<br>63975K104<br>63975P202 | 0.38% |
| NET SERVICOS DE COMUNICACAO SA | 37957X102 | 0.29% |
| NEWCREST MINING LTD | 651191108 | 0.48% |
| NEWMONT AUSTRALIA PTY LTD | 390290104<br>656190105<br>656190204 | 0.38% |
| NIPPON YUSEN KK | 654633304 | 0.70% |
| NOMURA HOLDINGS INC | 65535H208 | 0.34% |

EXHIBIT A-1

| TABLE 1<br>Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| NTT DOCOMO INC | 62942M201<br>62942M102<br>629424201<br>62942M300<br>629424102<br>629424508<br>629424409 | 0.30% |
| ORANGE POLSKA SA | 87943D108 | 0.36% |
| ORANGE SA | 35177Q105<br>35177Q204<br>35177QAB1 | 0.39% |
| ORKLA ASA | 686331109 | 0.49% |
| PARTNER COMMUNICATIONS CO LTD | 70211M109 | 0.41% |
| PEARSON PLC | 705015105 | 0.22% |
| PERNOD RICARD SA | 019121102<br>714264108 | 0.19% |
| PETROCHINA CO LTD | 71646E100 | 0.01% |
| PETROLEO BRASILEIRO SA | 71654V101<br>71654V408 | 0.49% |
| PFLLN 1.35 | 74050U206 | 0.25% |
| PHAROL SGPS SA | 737273102 | 0.31% |
| POLSKI KONCERN NAFTOWY ORLEN S | 731613402 | 0.53% |
| POLYUS PJSC | 678129107<br>73181P102 | 0.38% |
| POWERGEN LTD | 738905405 | 0.37% |
| PREMIER FARNELL LTD | 74050U107 | 0.27% |
| PROVIDENT FINANCIAL PLC | 74387B103 | 0.25% |
| PUBLICIS GROUPE SA | 74463M106<br>F76080112<br>785144205 | 0.21% |
| QANTAS AIRWAYS LTD | 74726M406<br>74726M505 | 0.42% |
| QBE INSURANCE GROUP LTD | 74728G605 | 0.23% |
| RACAL ELECTRONICS PLC | 749815403 | 0.36% |

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| RANDSTAD UK HOLDING LTD | 81617E203 | 0.95% |
| RBS 11.2 PERP | 780097309 | 0.25% |
| RBS 6.35 PERP | 780097770 | 0.10% |
| RBS 8 1/2 PERP | 780097804 780097853 | 0.25% |
| RBS 8.1 PERP | 780097705 | 0.25% |
| RBS 8.2125 PERP | 780097606 | 0.25% |
| RBS 9 1/2 PERP | 780097408 | 0.25% |
| REED ELSEVIER NV | 758204101 758205108 758204200 758205207 | 0.34% |
| RENTOKIL INITIAL PLC | 760125104 | 0.22% |
| REPSOL SA | 76026T205 | 0.45% |
| REXAM LTD | 761655406 761655505 761655604 | 0.11% |
| RHODIA SA | 762397107 762397206 | 0.21% |
| RIO TINTO FRANCE SAS | 705151207 | 0.72% |
| RIO TINTO PLC | 767202104 767204100 045074101 126170505 74974K706 | 0.25% |
| ROCHE HOLDING AG | 771195104 771195401 | 0.44% |
| ROLLS-ROYCE HOLDINGS PLC | 775781206 | 0.21% |
| ROYAL BANK OF SCOTLAND/ABN | 780097721 780097739 | 0.15% |
| RUSHYDRO PJSC | 466294105 782183123 782183131 782183404 466294204 | 0.41% |

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| ISSUER | CUSIPs | MARGIN |
| RWE AG | 74975E303 74975E402 | 0.30% |
| RWE GENERATION UK HOLDINGS PLC | 45769A103 | 0.31% |
| RYANAIR HOLDINGS PLC | 783513104 | 0.26% |
| SADIA SA | 786326108 | 0.64% |
| SANOFI | 80105N105 762426AC8 762426401 80105N204 | 0.27% |
| SANTANDER UK PLC | 002920106 002920700 | 0.26% |
| SANUK 8 3/4 PERP | 002920205 | 0.25% |
| SAP SE | 803054204 803054303 | 0.40% |
| SAPPI LTD | 803069103 803069202 108510041 | 0.62% |
| SASOL LTD | 803866300 | 0.58% |
| SBERBANK OF RUSSIA PJSC | 80585Y308 | 0.35% |
| SCOR SE | 80917Q106 | 0.33% |
| SCOTTISH POWER PLC | 81013T408 81013T705 | 0.23% |
| SEGA SAMMY HOLDINGS INC | 815794102 | 0.32% |
| SEKISUI HOUSE LTD | 816078307 | 0.33% |
| SERONO | 81752M101 | 0.39% |
| SEVERSKY TUBE WORKS PJSC | 818146102 | 0.20% |
| SHELL TRANSPORT & TRADING CO L | 822703609 | 0.25% |
| SHISEIDO CO LTD | 824841407 | 0.29% |
| SHOPRITE HOLDINGS LTD | 82510E209 | 0.80% |
| SIBANYE GOLD LTD | 03840M109 825724206 | 0.19% |
| SIGNET JEWELERS LTD | 82668L872 | 0.22% |

EXHIBIT A-1

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| SIMS METAL MANAGEMENT LTD | 829160100 | 1.67% |
| SIX CONTINENTS LTD | 830018107 | 0.20% |
| SKY PLC | 111013108 | 0.21% |
| SMITHKLINE BEECHAM LTD | 832378301 | 0.25% |
| SOCIEDAD QUIMICA Y MINERA DE C | 833636103 | 0.16% |
| SOCIEDAD QUMICA Y MINERA DE CHILE | 833635105 | 0.72% |
| SOCIETE GENERALE SA | 784320103 784320202 83364L109 | 0.38% |
| SODEXO SA | 833792104 | 0.42% |
| SOFTBANK GROUP CORP | 471104109 | 0.49% |
| SOUTHERN ELECTRIC PLC 144A | 842809709 842809402 | 0.27% |
| SPARK NEW ZEALAND LTD | 84652A102 879278307 879278208 | 0.46% |
| SSE PLC | 810133405 810133702 81012K309 | 0.25% |
| STANDARD BANK GROUP LTD | 853118206 | 0.86% |
| STATOIL ASA | 85771P102 | 0.49% |
| SUBMARINO S.A. - REG S | 86431P300 86431P508 | 0.33% |
| SUMITOMO MITSUI FINANCIAL GROU | 865622104 | 0.72% |
| SUNCORP GROUP LTD | 867232100 | 0.58% |
| SURGUTNEFTEGAS OJSC | 46625F104 868861204 868861105 | 0.26% |
| SVENSKA CELLULOSA AB SCA | 869587402 | 0.25% |
| SWEDISH MATCH AB | 870309507 | 0.38% |
| SWIRE PACIFIC LTD | 870794302 870794401 870797404 | 0.03% |

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| SWISSCOM AG | 871013108 | 0.49% |
| SYNGENTA AG | 87160A100 | 0.40% |
| TABCORP HOLDINGS LTD | 873306203 | 0.42% |
| TATA COMMUNICATIONS LTD | 876564105 92659G402 92659G600 92659G303 | 0.11% |
| TATE & LYLE PLC | 876570607 | 0.27% |
| TATNEFT PJSC | 03737P207 03737P108 65486P100 876629205 | 0.25% |
| TDC A/S | 87236N102 | 0.36% |
| TELE CELULAR SUL PART S.A. | 879238103 | 0.66% |
| TELE CENTRO OESTE CELULAR PART | 87923P105 | 0.52% |
| TELE NORDESTE CELULAR PARTICIP | 87924W109 | 0.74% |
| TELE NORTE LESTE PARTICIPACOES | 87924Y105 879246106 | 0.56% |
| TELE SUDESTE CELULAR PARTICIPA | 87943B102 879252104 | 0.23% |
| TELE2 AB | 87952P109 87952P208 | 0.55% |
| TELECOMUNICACOES BRASILEIRAS S | 879287209 | 0.48% |
| TELEKOM AUSTRIA AG | 87943Q109 | 0.71% |
| TELEKOMUNIKASI INDONESIA PERSE | 715684106 | 0.15% |
| TELEMIG CELULAR PARTICIPACOES | 87944E105 | 0.55% |
| TELESP PARTICIPACOES S.A. | 87952L108 87952K100 | 0.14% |
| TELKOM SA SOC LTD | 879603108 | 0.42% |
| TELSTRA CORP LTD | 87969N204 87969N303 87969N105 | 0.35% |
| TERNIUM MEXICO SA DE CV | 880890108 | 0.29% |

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| TESCO PLC | 881575302<br>098561202 | 0.32% |
| TEVA PHARMACEUTICAL INDUSTRIES | 881624209<br>16361E108<br>50540H104 | 0.36% |
| TIGER BRANDS LTD | 88673M102<br>88673M201<br>886911106 | 0.31% |
| TMK PJSC | 87260R300 | 0.37% |
| TOTAL SA | 89151E109<br>716485206 | 0.39% |
| TRANSCOM WORLDWIDE SA | 893234104<br>893545103<br>893545202<br>894116102 | 0.22% |
| TREND MICRO INC/JAPAN | 89486M206 | 0.29% |
| TURKIYE GARANTI BANKASI AS | 900148305<br>900148701<br>900151101 | 0.30% |
| TV AZTECA SAB DE CV | 901145102 | 0.32% |
| UBS AG | 90261R105 | 0.29% |
| ULTRAPAR PARTICIPACOES SA | 90400P101 | 0.55% |
| UNIBAIL-RODAMCO SE | 960224103 | 1.00% |
| UNIFIED ENERGY SYSTEM OAO | 904688108<br>904688405 | 0.17% |
| UNION ANDINA DE CEMENTOS SAA | 904845104 | 0.33% |
| UNITED OVERSEAS BANK LTD | 911271302<br>910903301 | 0.22% |
| USINAS SIDERURGICAS DE MINAS G | 917302408 | 0.52% |
| VAN DER MOOLEN HOLDING NV | 921020103 | 0.38% |
| VEOLIA ENVIRONNEMENT SA | 92334N103 | 0.34% |
| VIMPEL-COMMUNICATIONS PJSC | 92719A106<br>92719A304 | 0.21% |

| TABLE 1 Average Margin Across Settlement Class Period | | |
|---|---|---|
| **ISSUER** | **CUSIPs** | **MARGIN** |
| VINA CONCHA Y TORO SA | 927191106 | 0.32% |
| VIVENDI SA | 137041208<br>204390108<br>419312202<br>92851S105<br>92851S204 | 0.25% |
| VODAFONE AIRTOUCH PLC | 92857T107 | 0.25% |
| VODAFONE GROUP PLC | 92857W308<br>698113107<br>87926R108<br>92857W209<br>92857W100<br>92858M101 | 0.39% |
| WACOAL HOLDINGS CORP | 930004205 | 0.30% |
| WAL-MART DE MEXICO SAB DE CV | 93114W107 | 0.36% |
| WAVECOM SA | 943531103 | 0.52% |
| WESTPAC BANKING CORPORATION | 789547106<br>961214301 | 0.18% |
| WIND HELLAS TELECOMMUNICATIONS | 859823106<br>88706Q104 | 0.18% |
| WMC LIMITED | 928947100<br>92928R106 | 0.27% |
| WOODSIDE PETROLEUM LTD | 980228308 | 0.41% |
| WOOLWORTHS HOLDINGS LTD/SOUTH | 480209402<br>98088R109<br>98088R505 | 0.38% |
| ZURICH INSURANCE GROUP AG | 01959Q101<br>98982M107<br>989825104 | 0.33% |

*In re: The Bank of New York Mellon ADR FX Litigation*
**No. 16-CV-00212-JPO-JLC (S.D.N.Y.)**

*THIS NOTICE ONLY PROVIDES LIMITED INFORMATION ABOUT THIS CLASS ACTION LAWSUIT AND SETTLEMENT.*

Please Visit
www.bnymadrfxsettlement.com or
call 1-866-447-6210
for more information.

**CI2**

**Bank of New York Mellon ADR FX Settlement**
c/o KCC Class Action Services
P.O. Box 505030
Louisville, KY 40233-5030

2D

«ScanString»
Postal Service: Please do not mark barcode

Claim#: CI2-«AccountID»-«NoticeID»
«Owner»
«CoOwner»
«Representative»
«Address1»
«Address2»
«City» «StateCd» «Zip»
«Country»

---

Carefully separate at perforation

**NAME/ADDRESS CHANGES (IF ANY):**

**IF YOU HAVE A CHANGE OF ADDRESS, PLEASE FILL OUT THIS FORM AND MAIL IT TO THE CLAIMS ADMINISTRATOR VIA THE U.S. POSTAL SERVICE. THE ADDRESS IS ON THE BACK OF THIS CARD.**

First Name

Last Name

Street Address

City                                                                State        Zip Code

2D
«FirstNAME» «LastNAME»
«Addr1» «Addr2»
«City», «STATE» «Zip»

Area Code        Telephone Number (Home)

Email

 *<<CLAIMID>>*

 <<ClaimID>>

transfer agent as a holder of one or more of the American Depositary Receipts ("ADRs") covered by this class action. Information regarding your holdings and the cash distributions you received during the relevant time period in connection with your holdings has been provided by BNYM's transfer agent and can be reviewed at www.bnymadrfxsettlement.com using the Claim Number and PIN provided below. The Claims Administrator will use this information to calculate your Claim in accordance with the Plan of Allocation found in the full notice ("Notice"), or other plan approved by the Court, **so it is important that you review the information to confirm it is accurate and complete. If the information is not accurate or complete, you must notify the Claims Administrator immediately. Otherwise, the Claims Administrator will assume the information is accurate and complete.**

**CLAIM NUMBER: «AccountID» / PIN: «PinNo»**

Pursuant to Federal Rule of Civil Procedure 23 and Court Order, the Court has directed the issuance of notice of the proposed $72.5 million settlement of the action to potential members of the Settlement Class. If approved, the settlement will resolve all claims in the case. **This notice provides basic information. You should review the Notice found on the website www.bnymadrfxsettlement.com for additional information.**

**What Is the Action About:** Lead Plaintiffs allege that, during the relevant time period, BNYM systematically deducted impermissible fees for conducting foreign exchange from cash distributions issued by foreign companies, and owed to ADR holders. BNYM has denied, and continues to deny, any wrongdoing or liability whatsoever.

**Who Is a Settlement Class Member:** All entities and individuals who at any time from January 1, 1997 through _____, 2019 held (directly or indirectly, registered or beneficially), or otherwise claim any entitlement to any payment (whether a dividend, rights offering, interest on capital, sale of shares, or other distribution) in connection with, any ADR for which BNYM acted as the depositary sponsored by an issuer that is identified in the Appendix to the Notice (the "Settlement Class"). Certain entities and individuals are excluded from the definition of the Settlement Class as set forth in detail in the Notice.

**What Are the Benefits:** If the Court approves the settlement, the settlement proceeds, after deduction of Court-approved notice and administration costs, attorneys' fees and expenses, and any applicable taxes will be distributed to eligible Settlement Class Members pursuant to the Plan of Allocation attached as Exhibit 1 to the Notice, or other plan approved by the Court.

**What Are My Rights:** As a Registered Holder Settlement Class Member, you *do not* have to take any action in order to be eligible to receive a settlement payment. Your Claim will be calculated using the information provided by BNYM's transfer agent, which can be accessed on the website using the Claim Number and PIN provided above. You should review this information to confirm it is accurate and complete. If you do not want to remain in the Settlement Class, you can request exclusion by _____ , 2019, in accordance with the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the action and you will not be eligible to share in the net settlement proceeds. Objections to the settlement, Plan of Allocation, and/or request for attorneys' fees and expenses must be received by _____ , 2019, in accordance with the Notice.

**When Is the Final Approval Hearing:** A hearing will be held on _____ __, 2019 at __:___ .m. before the Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, to determine if the settlement, Plan of Allocation, and request for attorneys' fees and expenses should be approved. Supporting papers will be posted on the website once filed.

**For more information visit www.bnymadrfxsettlement.com, email info@bnymadrfxsettlement.com or call 866-447-6210.**

Place
Stamp
Here

*Bank of New York Mellon ADR FX Settlement*
c/o KCC Class Action Services
P.O. Box 505030
Louisville, KY 40233-5030

**CI2**

**IF YOU ARE OR WERE A HOLDER OF OR OTHERWISE CLAIM ANY ENTITLEMENT TO ANY PAYMENT IN CONNECTION WITH ANY AMERICAN DEPOSITARY SHARE (SOMETIMES KNOWN AS AN AMERICAN DEPOSITARY RECEIPT) ("ADR") FOR WHICH THE BANK OF NEW YORK MELLON ("BNYM") ACTED AS DEPOSITARY, YOUR RIGHTS MAY BE AFFECTED.**

Pursuant to Federal Rule of Civil Procedure 23 and Court Order, the Court has directed notice of the $72.5 million settlement proposed in *In re: The Bank of New York Mellon ADR FX Litigation*, No. 16-CV-00212-JPO-JLC (S.D.N.Y.) to the Settlement Class.  If approved, the settlement will resolve all claims in the litigation. **This notice provides basic information. It is important that you review the detailed notice ("Notice") found at the website below.**

**What is this lawsuit about:**

Lead Plaintiffs allege that, during the relevant time period, BNYM systematically deducted impermissible fees for conducting foreign exchange from dividends and/or cash distributions issued by foreign companies, and owed to ADR holders. BNYM has denied, and continues to deny, any wrongdoing or liability whatsoever.

**Who is a Settlement Class Member:**

All entities and individuals who at any time from January 1, 1997 through _____ __, 2019 held (directly or indirectly, registered or beneficially), or otherwise claim any entitlement to any payment (whether a dividend, rights offering, interest on capital, sale of shares, or other distribution) in connection with, any ADR for which BNYM acted as the depositary sponsored by an issuer that is identified in the Appendix to the Notice.  Certain entities and individuals are excluded from the definition of Settlement Class as set forth in detail in the Notice.

**What are the benefits:**

If the Court approves the settlement, the proceeds, after deduction of Court-approved notice and administration costs, attorneys' fees and expenses, and any applicable taxes, will be distributed pursuant to the Plan of Allocation set forth in the Notice, or other plan approved by the Court.

**What are my rights:**

If you receive/have received a Post-Card Notice in the mail, you are a Registered Holder (i.e., you hold (or held) your eligible ADRs directly and your relevant information was provided by BNYM's transfer agent), and you *do not* have to take any action to be eligible for a settlement payment.  If you do not receive/have not received a Post-Card Notice in the mail, you are a Non-Registered Holder and you *must submit* a Claim Form, ***postmarked (if mailed), or online, by _____ __, 2019***, to be eligible for a settlement payment.  Non-Registered Holder Settlement Class Members who do nothing will not receive a payment, but will be bound by all Court decisions.

If you are a Settlement Class Member and do not want to remain in the Settlement Class, you may exclude yourself by request, ***received by _____ __, 2019***, in accordance with the Notice. If you exclude yourself, you will *not* be bound by any Court decisions in this litigation and you will *not receive a payment*, but you will retain any right you may have to pursue your own litigation at your own expense concerning the settled claims.  Objections to the settlement, Plan of Allocation, or request for attorneys' fees and expenses must be ***received by _____ __, 2019***, in accordance with the Notice.

A hearing will be held on **_____, 2019 at __:__ _.m.**, before the Honorable J. Paul Oetken, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, NY, NY 10007, to determine if the settlement, Plan of Allocation, and/or request for fees and expenses should be approved. Supporting papers will be posted on the website once filed.

**For more information visit www.bnymadrfxsettlement.com,
email info@bnymadrfxsettlement.com or call 866-447-6210.**

*ADR Settlement Online Display Example Ad Sizes:*





Text scrolls like stock ticker to show example ADRS



Text scrolls like stock ticker to show example ADRS

*ADR Settlement Facebook Ads:*

Facebook Video Preview: https://fb.com/l/1FLyxB0POoLVYBp



Facebook Image Ad: https://fb.com/l/1FLyxB0POoLVYBp



Opens to reveal longer list of ADRs and "See website for full list of ADRs" at the end.

*ADR Settlement Instagram Ads:*

Instagram Video Preview: https://fb.com/l/1HIlj4LQIEvdzbz



Instagram Image Preview: https://fb.com/l/27hpqYARLTkOWyp



Opens to reveal longer list of ADRs and "See website for full list of ADRs" at the end.

*Google Search Ads:*



*LinkedIn Ads:*



EXHIBIT A-5

*Bank of New York Mellon ADR FX Settlement*
c/o KCC Class Action Services
P.O. Box 505030
Louisville, KY  40233-5030
1-866-447-6210
info@bnymadrfxsettlement.com

## PROOF OF CLAIM AND RELEASE FORM

**IMPORTANT** – If you receive/have received a Post-Card Notice in the mail in connection with this Settlement, you are a Registered Holder Settlement Class Member (i.e., you hold (or held) the American Depositary Receipts ("ADRs") covered by this Action directly through The Bank of New York Mellon ("BNYM" or "Defendant"), are listed in the records of BNYM's transfer agent with respect to such holdings, and your contact, holding, and distribution information was provided to the Claims Administrator by BNYM's transfer agent), and you **DO NOT** need to complete and submit this Proof of Claim and Release Form ("Claim Form") to be eligible to receive a share of the Net Settlement Fund in connection with the Settlement. The Post-Card Notice mailed to you contains a Claim Number and PIN to access your holdings and distribution information on the website www.bnymadrfxsettlement.com. Please refer to paragraph 2 of the General Instructions in this Claim Form and the full Notice available on the website for more information. If you did NOT receive a Post-Card Notice containing a Claim Number and PIN, please follow the instructions below to submit a Claim Form.

IF YOU DO NOT RECEIVE/HAVE NOT RECEIVED A POST-CARD NOTICE IN THE MAIL IN CONNECTION WITH THIS SETTLEMENT, YOU ARE A NON-REGISTERED HOLDER SETTLEMENT CLASS MEMBER AND YOU MUST COMPLETE AND SIGN THIS CLAIM FORM AND MAIL IT BY PREPAID, FIRST-CLASS MAIL TO THE ABOVE ADDRESS, OR SUBMIT IT ONLINE AT WWW.BNYMADRFXSETTLEMENT.COM, **POSTMARKED (OR RECEIVED) NO LATER THAN _____, 2019** IN ORDER TO BE ELIGIBLE TO RECEIVE A SHARE OF THE NET SETTLEMENT FUND IN CONNECTION WITH THE SETTLEMENT.

IF YOU ARE A NON-REGISTERED HOLDER SETTLEMENT CLASS MEMBER, FAILURE TO SUBMIT YOUR CLAIM FORM BY THE DATE SPECIFIED ABOVE WILL SUBJECT YOUR CLAIM TO REJECTION AND MAY PRECLUDE YOU FROM BEING ELIGIBLE TO RECEIVE ANY MONEY IN CONNECTION WITH THE SETTLEMENT.

**DO NOT MAIL OR DELIVER YOUR CLAIM FORM TO THE COURT, THE PARTIES, OR THEIR COUNSEL. SUBMIT YOUR CLAIM FORM ONLY TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS SET FORTH ABOVE, OR ONLINE AT WWW.BNYMADRFXSETTLEMENT.COM.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| **PART I – CLAIMANT INFORMATION** | — |
| **PART II – GENERAL INSTRUCTIONS** | — |
| **PART III – SCHEDULE OF CASH DISTRIBUTIONS PER ELIGIBLE ADR** | — |
| **PART IV – RELEASE OF CLAIMS AND SIGNATURE** | — |

## PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.

Claimant Names(s) (as the name(s) should appear on check, if eligible for payment; if the ADRs are jointly owned, the names of all beneficial owners must be provided):

Name of Person the Claims Administrator Should Contact Regarding this Claim Form (Must Be Provided):

Mailing Address – Line 1: Street Address/P.O. Box:

Mailing Address – Line 2 (If Applicable): Apartment/Suite/Floor Number:

City:

State/Province:          Zip Code:                              Country:

Last 4 digits of Claimant Social Security/Taxpayer Identification Number:[1]

Daytime Telephone Number:                              Evening Telephone Number:

Email Address:

---

[1] The last four digits of the taxpayer identification number ("TIN"), consisting of a valid Social Security Number ("SSN") for individuals or Employer Identification Number ("EIN") for business entities, trusts, estates, etc., and telephone number of the beneficial owner(s) may be used in verifying this claim.

## PART II – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Final Approval Hearing; and (III) Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") available at www.bnymadrfxsettlement.com, including the proposed Plan of Allocation of Net Settlement Fund attached as Exhibit 1 to the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and understand the Notice, including the terms of the Releases described therein and provided for herein.

2.      **Important - Please Note**:  Only Non-Registered Holder Settlement Class Members, including those Settlement Class Members who hold (or held) their eligible ADRs through a bank, broker or other nominee rather than directly, must submit a Claim Form in order to be eligible to receive a payment from the Settlement. Those Settlement Class Members who receive/have received a Post-Card Notice in the mail (*i.e.*, Registered Holder Settlement Class Members) do not need to submit a Claim Form in order to be eligible to receive a payment from the Settlement. The Post-Card Notice mailed to Registered Holder Settlement Class Members contains a unique Claim Number and PIN to access, on the website www.bnymadrfxsettlement.com, information regarding the ADRs they held and the cash distributions they received during the relevant period in connection with their holdings as provided by BNYM's transfer agent, which information will be used to calculate their Claims. If you received a Post-Card Notice, please review the information regarding your holdings and cash distribution as set forth on the website to confirm it is accurate and complete. If the information regarding your holdings and cash distributions is incorrect or incomplete, you must notify the Claims Administrator immediately. Otherwise, the Claims Administrator will assume the information is correct and complete, and will use such information to calculate your Claim.  **If you are unsure whether you are a Non-Registered Holder Settlement Class Member or a Registered Holder Settlement Class Member, please contact the Claims Administrator.**

3.      By submitting this Claim Form, you will be making a request to share in the proceeds of the Settlement described in the Notice. IF YOU ARE NOT A SETTLEMENT CLASS MEMBER (*see* definition of Settlement Class on page __ of the Notice, which sets forth who is included in and who is excluded from the Settlement Class), OR IF YOU, OR SOMEONE ACTING ON YOUR BEHALF, SUBMITTED A REQUEST FOR EXCLUSION FROM THE SETTLEMENT CLASS, DO NOT SUBMIT A CLAIM FORM. **YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER.** THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS, ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

4.      **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.**

5.      Use the Schedule of Cash Distributions Per Eligible ADR in Part III of this Claim Form to supply all required information regarding the cash distributions you received as a result of your holdings in the

ADRs covered by the Action. Please provide all of the requested information.

6.      You are required to submit genuine and sufficient documentation for all of the cash distributions set forth in the Schedule of Cash Distributions Per Eligible ADR in Part III of this Claim Form. Documentation may consist of copies of your end of year account statements, or an authorized statement from your broker containing the information regarding your cash distributions that would be found in a year-end account statement. **Please Note**: If you are a Non-Registered Holder Settlement Class Member, the Parties and the Claims Administrator do not independently have information about your holdings in the ADRs covered by the Action or the cash distributions you may have received as a result of such holdings. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.**

7.      Separate Claim Forms should be submitted for each separate legal entity.

8.      All joint beneficial owners must each sign this Claim Form and their names must appear as "Claimants" in Part I of this Claim Form.

9.      Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

    (a)   expressly state the capacity in which they are acting;

    (b)   identify the name, account number, last four digits of the SSN (or TIN), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the eligible ADRs; and

    (c)   furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting.  (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade securities in another person's accounts.)

10.     By submitting a signed Claim Form, you will be swearing that you:

    (a)   received the cash distributions you have listed in the Claim Form; or

    (b)   are expressly authorized to act on behalf of the owner of the ADRs that received such cash distributions.

11.     By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your Claim and may subject you to civil liability or criminal prosecution.

12.     If the Court approves the Settlement, payments to eligible Authorized Recipients pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all Claims processing. The Claims process could take substantial time to

pe

complete fully and fairly. Please be patient.

13.     **PLEASE NOTE:**  As set forth in the Plan of Allocation, each Authorized Recipient shall receive his, her or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Recipient calculates to less than $1.00, it will not be included in the calculation and no distribution will be made to that Authorized Recipient.

14.     If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, KCC Class Action Services, at the above address, by toll-free phone at (866) 447-6210, or by e-mail at info@bnymadrfxsettlement.com, or you may download the documents from the website for the Settlement, www.bnymadrfxsettlement.com.

15.     NOTICE REGARDING ELECTRONIC FILES:  Certain Claimants may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.bnymadrfxsettlement.com or you may email the Claims Administrator's electronic filing department at Nominees@bnymadrfxsettlement.com. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email after processing your file with your claim numbers and respective account information. **Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at Nominees@bnymadrfxsettlement.com to inquire about your file and confirm it was received and acceptable.**

## IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (866) 447-6210.**

## PART III – SCHEDULE OF CASH DISTRIBUTIONS PER ELIGIBLE ADR

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, paragraph 6, above.

**A.      Please fill in the total cash distributions you received from January 1, 1997 through _____, 2019 for each of the ADRs set forth in the list attached hereto as Exhibit 1.**

| ADR CODE | Total Cash Distributions Received from January 1, 1997 though _____, 2019 | Confirm Proof Enclosed |
|---|---|---|
| | $_____ | • Yes      • No |
| | $_____ | • Yes      • No |
| | $_____ | • Yes      • No |
| | $_____ | • Yes      • No |
| | $_____ | • Yes      • No |
| | $_____ | • Yes      • No |

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

## YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE _ OF THIS CLAIM FORM.

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Claim against any of the Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Claims against any of the Releasees.

## CERTIFICATION

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), as follows:

1. that I (we) have read and understand the contents of the Notice and this Claim Form, including the Releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the Claimant(s) is a (are) Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3. that the Claimant has **not** submitted a request for exclusion from the Settlement Class;

4. that I (we) received the cash distributions identified in the Claim Form and have not assigned the claim against the Defendant or any of the other Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5. that the Claimant(s) has (have) not submitted any other claim covering the same cash distributions identified in the Claim Form and knows (know) of no other person having done so on the Claimant's (Claimants') behalf;

6. that the Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the Releases set forth herein;

7. that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Plaintiffs' Counsel, the Claims Administrator or the Court may require;

8. that the Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

9. that I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10.     that the Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he/she/it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____        _____
Signature of Claimant                                                                                                 Date

_____
Print your name here

_____        _____
Signature of joint Claimant, if any                                                                             Date

_____
Print your name here

*If the Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

_____        _____
Signature of person signing on behalf of Claimant                                                 Date

_____
Print your name here

_____
Capacity of person signing on behalf of Claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc.  (Must provide evidence of authority to act on behalf of Claimant – *see* paragraph 9 on page _ of this Claim Form.)

## REMINDER CHECKLIST

1. Please sign the above release and certification. If this Claim Form is being made on behalf of joint Claimants, then both must sign.

2. Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3. Please do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-866-447-6210.**

6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address. If you change your name, please inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the above address or toll-free at 1-866-447-6210, or visit www.bnymadrfxsettlement.com. Please DO NOT call BNYM or its counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY PREPAID, FIRST-CLASS MAIL, OR SUBMITTED ONLINE AT WWW.BNYMADRFXSETTLEMENT.COM, **POSTMARKED (OR RECEIVED) NO LATER THAN _____, 2019**. IF MAILED, THE CLAIM FORM SHOULD BE ADDRESSED AS FOLLOWS:

*Bank of New York Mellon ADR FX Settlement*
c/o KCC Class Action Services
P.O. Box 505030
Louisville, KY  40233-5030

If mailed, a Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before _____, 2019 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.

**EXHIBIT 1**

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| **ABI Sab Group Holding Ltd** (CUSIPs: 78572M105 / 836216309 /836220103) | ABIS | **Legal & General Group Plc** (CUSIP: 52463H103) | LEGA |
| **Accor SA** (CUSIPs: 00435F101 /00435F309) | ACCO | **Lendlease Group** (CUSIP: 526023205) | LEND |
| **Adidas AG** (CUSIP: 00687A107) | ADID | **LHR Airports Ltd** (CUSIP: 05518L206) | LHRA |
| **Administradora de Fondos de Pe** 00709P108 | ADMI | **Liberty Group Ltd** (CUSIPs: 140487109 / 530616101 / 53055R103 / 53055R202 / 530706100 / 530706209) | LIBE |
| **AES Tiete Energia SA** (CUSIPs: 00809V203 / 00808P207 / 00808P108 | AEST | **Lihir Gold Ltd** (CUSIPs: 532349206 / 532349107) | LIHI |
| **Aixtron SE** (CUSIP: 009606104) | AIXT | **Lloyds Banking Group Plc** (CUSIP: 539439109) | LLOY |
| **Alcatel-Lucent SA** (CUSIP: 013904305) | ALCA | **Lonmin Plc** (CUSIPs: 54336Q104 / 54336Q203 / 543374409) | LONM |
| **Allied Irish Banks PLC** (CUSIPs: 019228402 / 019228303) | ALLI | **Lukoil Pjsc** (CUSIPs: 69343P105 / 677862104 / 677862807 / 677862302 / 677862203) | LUKO |
| **Alstom SA** (CUSIP: 021244108) | ALST | **Luxottica Group Spa** (CUSIP: 55068R202) | LUXO |
| **Altana AG** (CUSIP: 02143N103) | ALTA | **Lvmh Moet Hennessy Louis Vuitt** (CUSIP: 502441207) | LYMH |
| **Alumina Ltd.** (CUSIP: 022205108) | ALUM | **Macquarie Group Ltd** (CUSIPs: 55607P105 / 55607P204) | MACQ |
| **Ambev SA** (CUSIPs: 20441W203 / 02319V103) | AMBE | **Madeco, S.A.** (CUSIPs: 556304103 / 556304202) | MADE |
| **Anglo American Plc.** (CUSIPs: 03485P102 / 03485P300) | ANGA | **Mahanagar Telephone Nigam Ltd** (CUSIP: 559778402) | MAHA |
| **Anglo Platinum** (CUSIP: 035078104) | ANGP | **Makita Corp** (CUSIP: 560877300) | MAKI |
| **Anglogold Ashanti Ltd.** (CUSIPs: 035128206 / 043743103 / 043743202) | ANGL | **Mannesmann A.G.** (CUSIP: 563775303) | MANN |
| **Anheuser-Busch Inbev SA/NV** (CUSIPs: 03524A108 / 157123209 / 40051F100 / 74838Y207) | ANHB | **Masisa SA** (CUSIPs: 574799102 / 574800108) | MASI |
| **Arkema SA** (CUSIP: 041232109) | ARKE | **Massmart Holdings Ltd** (CUSIP: 576290100) | MASS |
| **Arm Holdings Plc.** (CUSIP: 042068106) | ARMH | **Metso Oyj** (CUSIPs: 592671101 / 754183101 / 920232303) | METS |
| **Assicurazioni Generali Spa** (CUSIP: 465234102) | ASSI | **Mizuho Financial Group Inc** (CUSIPs: 359558103 / 60687Y109) | MIZU |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| **Astra AB**<br>(CUSIPs: 046298105 / 046298204) | ASTR | **Mmc Norilsk Nickel Pjsc**<br>(CUSIPs: 46626D108 / 55315J102) | MMCN |
| **Australia & New Zealand Banking**<br>(CUSIP: 052528304) | AUST | **MMI Holdings Ltd/South Africa**<br>(CUSIP: 55314H107) | MMIH |
| **AV Gold**<br>(CUSIP: 035134303) | AVGO | **Mobile Telesystems Pjsc**<br>(CUSIP: 61946A106) | MOBI |
| **AXA SA**<br>(CUSIPs: 054536107 / 149188104 /<br>866791106) | AXAS | **Mol Hungarian Oil & Gas Plc**<br>(CUSIP: 831595202) | MOLH |
| **B.A.**<br>(CUSIPs: 060587508/ 060593100) | BBAA | **Mosenergo Pjsc**<br>(CUSIPs: 037376100 / 037376308) | MOSE |
| **Banco Bilbao Vizcaya Argentari**<br>(CUSIPs: 059458208 / 059456202 /<br>059456301 / 059456103 / 058925108 /<br>05946K101 / 059594408 / 059594507 /<br>07329Q507 / 07329Q200 / 07329Q309) | BBVA | **MTN Group Ltd**<br>(CUSIP: 62474M108) | MTNG |
| **Banco Comercial Portugues SA**<br>(CUSIPs: 059479303 / 059479709) | BACP | **National Australia Bank Ltd**<br>(CUSIP: 632525408) | NAAB |
| **Banco Do Brasil SA**<br>(CUSIP: 059578104) | BADB | **National Bank of Greece SA**<br>(CUSIPs: 633643507 / 633643408) | NABG |
| **Banco Popolare SC**<br>(CUSIPs: 059471102 /059633107) | BAPO | **National Grid**<br>(CUSIPs: 636274102 / 636274300 /<br>636274409) | NATG |
| **Banco Santander Brasil SA**<br>(CUSIPs: 05964H105 / 05967A107) | BASB | **National Power Plc**<br>(CUSIP: 637194408) | NATP |
| **Banco Santander Chile**<br>(CUSIPs: 05965F108 / 05965X109) | BASC | **Natuzzi Spa**<br>(CUSIP: 63905A101) | NATU |
| **Bank of Ireland**<br>(CUSIP: 46267Q103) | BAOI | **NEC Corp**<br>(CUSIPs: 629050204 / 81661W109) | NECC |
| **Bank of Tokyo – Mitsubishi FJ L**<br>(CUSIP: 065379109) | BOTM | **Nedbank Group Ltd**<br>(CUSIPs: 63975P103 / 63975K104 /<br>63975P202) | NEDB |
| **Barclays Africa Group Ltd.**<br>(CUSIPs: 06738E204 / 06742G302 /<br>06739H776 / 06739H511 / 06739H362 /<br>06739F390 | BAAG | **Net Servicos de Comunicacao SA**<br>(CUSIP: 37957X102) | NETS |
| **BASF SE**<br>(CUSIPs: 055262505 / 019097104) | BASF | **Newcrest Mining Ltd**<br>(CUSIP: 651191108) | NEWC |
| **Bass Plc.**<br>(CUSIP: 069904209) | BASS | **Newmont Australia Pty Ltd**<br>(CUSIPs: 390290104 / 656190105 /<br>656190204) | NEWM |
| **BAT Industries Plc.**<br>(CUSIP: 055270508) | BATI | **Nippon Yusen KK**<br>(CUSIP: 654633304) | NIPP |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| Bayer AG (CUSIP: 072730302) | BAYE | Nomura Holdings Inc (CUSIP: 65535H208) | NOMU |
| BBVA Banco Frances SA (CUSIPs: 059591107 / 07329M100) | BBVA | NTT Docomo Inc (CUSIPs: 62942M201 / 62942M102 / 629424201 / 62942M300 / 629424102 / 629424508 / 629424409) | NTTD |
| BG Group Ltd. (CUSIPs: 055434203 / 052578408 / 055434104 / 780259206 / 780259107) | BGGR | Orange Polska SA (CUSIP: 87943D108) | ORAN |
| Bidvest Group LTD/THE (CUSIPs: 088836101 / 088836200 / 088836309) | BIDV | Orange SA (CUSIPs: 35177Q105 / 35177Q204 / 35177QAB1) | ORNG |
| Billabong International (CUSIP: 090055104) | BILL | Orkla Asa (CUSIP: 686331109) | ORKL |
| Blue Circle Industries (CUSIPs: 095342408 / 095342507) | BLUE | Partner Communications Co Ltd (CUSIP: 70211M109) | PART |
| BNP Paribas SA (CUSIPs: 05565A202 / 05565A103 / 066747106) | BNPP | Pearson Plc (CUSIP: 705015105) | PEAR |
| Boehler-Uddeholm AG (CUSIP: 097356307) | BOEH | Pernod Ricard SA (CUSIPs: 019121102 / 714264108) | PERN |
| Brasil Telecom Participacoes S (CUSIPs: 10553M101 / 10553M200 / 105530109 / 670851104 / 670851203) | BRTP | Petrochina Co Ltd (CUSIP: 71646E100) | PETR |
| Brasilagro – Co Brasileira De (CUSIP: 10554B104) | BRCB | Petroleo Brasileiro SA (CUSIPs: 71654V101 / 71654V408) | PEBR |
| Braksem SA (CUSIPs: 105532105 / 217252105 / 86959M101) | BRAS | Pflln 1.35 (CUSIP: 74050U206) | PFLL |
| BRF SA (CUSIPs: 10552T107 / 71361V204 /71361V303 / 71361V105) | BRFS | Pharol Sgps SA (CUSIP: 737273102) | PHAR |
| British American Tobacco Plc. (CUSIP: 110448107) | BRIT | Polski Koncern Naftowy Orlen S (CUSIP: 731613402) | POLS |
| British Steel (CUSIP: 111015301) | BRST | Polyus Pjsc (CUSIPs: 678129107 / 73181P102) | POLY |
| Bunzl Plc. (CUSIPs: 120738406 / 120738307) | BUNZ | Powergen Ltd (CUSIP: 738905405) | POWE |
| Burmah Castrol Plc. (CUSIP: 122169303) | BURM | Premier Farnell ltd (CUSIP: 74050U107) | PREM |
| Cencosud SA (CUSIPs: 15132H101 / 802233106) | CENC | Provident Financial Plc (CUSIP: 74387B103) | PROV |
| Centrica Plc. (CUSIPs: 15639K102 / 15639K201 15639K300) | CENT | Publicis Groupe SA (CUSIPs: 74463M106 / F76080112 / 785144205) | PUBL |
| Chilcott UK Ltd. (CUSIPs: 363240102 / 93443W109) | CHIL | Qantas Airways Ltd (CUSIPs: 74726M406 / 74726M505) | QANT |
| China Agri-Industries Holdings (CUSIP: 16940R109) | CHIN | QBE Insurance Group Ltd (CUSIP: 74728G605) | QBEI |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| Chorus Ltd. (CUSIP: 17040V107) | CHOR | Racal Electronics Plc (CUSIP: 749815403) | RACA |
| Chunghwa Telecom Co., Ltd. (CUSIP: 17133Q205) | CHUN | Randstad UK Holding Ltd (CUSIP: 81617E203) | RAND |
| CIA Brasileira De Distribuicao (CUSIPs: 20440T201 / 20440T102) | CBDD | Rbs 11.2 Perp (CUSIP: 780097309) | RBSA |
| CIA Cervejaria Brahma (CUSIPs: 20440X103 / 20440X202) | CCBR | Rbs 6.35 Perp (CUSIP: 780097770) | RBSB |
| Cia DeBebidas Das Americas-AM (CUSIP: 20441W104) | CBDA | Rbs 8 1/2 Perp (CUSIP: 780097804 / 780097853) | RBSC |
| Cia De Saneamento Basico Do Es (CUSIP: 20441A102) | CDSB | Rbs 8.1 Perp (CUSIP: 780097705) | RBSD |
| Cia De Transmissao De Energia (CUSIPs: 20441Q107 / 20441Q206) | CDTD | Rbs 8.2125 Perp (CUSIP: 780097606) | RBSE |
| Cia Energetica De Sao Paulo (CUSIPs: 20440P209 / 20440P407) | CESP | Rbs 9 1/2 Perp (CUSIP: 780097408) | RBSF |
| Cia Paranaense De Energia (CUSIPs: 20441B308 / 20441B407) | CIPE | Reed Elsevier NV (CUSIPs: 758204101 / 758205108 / 758204200 / 758205207) | REED |
| Cie Financiere Richemont SA (CUSIP: 204318109) | CIEF | Rentokil Initial Plc (CUSIP: 760125104) | RENT |
| Coca Cola Hellenic Bottling Co. (CUSIP: 1912EP104) | COCA | Repsol SA (CUSIP: 76026T205) | REPS |
| Coca-Cola Amatil Ltd. (CUSIP: 191085208) | COAM | Rexam Ltd (CUSIPs: 761655406 / 761655505 / 761655604) | REXA |
| Coca-Cola Femsa Sab De CV (CUSIP: 191241108) | COFE | Rhodia SA (CUSIPs: 762397107 / 762397206) | RHOD |
| Coflexip SA (CUSIP: 192384105) | COFL | Rio Tinto France Sas (CUSIP: 705151207) | RIOF |
| Commerzbank AG (CUSIPs: 202597308 / 202597605) | COMM | Rio Tinto Plc (CUSIPs: 767202104 / 767204100 / 045074101 / 126170505 / 74974K706) | RIOT |
| Commonwealth Bank of Australia (CUSIPs: 202712303 / 202712600) | CBOA | Roche Holding AG (CUSIPs: 771195104 / 771195401) | ROCH |
| Comp. De Geracao De Energia El (CUSIPs: 20441P109 / 20441P208 / 20441R204 / 20441R105 / 264398108 / 264398207) | CDGE | Rolls-Royce Holdings Plc (CUSIP: 775781206) | ROLL |
| Compass Group Plc. (CUSIPs: 20449X104 / 20449X203 / 20449X302) | COMP | Royal Bank of Scotland/ABN (CUSIPs: 780097721 / 780097739) | ROYA |
| Continental AG (CUSIP: 210771200) | CONT | Rushydro Pjsc (CUSIPs: 466294105 / 782183123 / 782183131 / 782183404 / 466294204) | RUSH |
| Converium (CUSIP: 21248N107) | CONV | RWE AG (CUSIPs: 74975E303 / 74975E402) | RWEA |
| Corus Group Ltd. (CUSIP: 22087M101) | CORU | RWE Generation UK Holdings Plc (CUSIP: 45769A103) | RWEG |
| Cosco Shipping International S | COSC | Ryanair Holdings Plc | RYAN |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| (CUSIP: 22112Y203) | | (CUSIP: 783513104) | |
| Craneware Plc. (CUSIP: 224465104) | CRAN | Sadia SA (CUSIP: 786326108) | SADI |
| Crayfish Co. Ltd. (CUSIP: 225226208) | CRAY | Sanofi (CUSIPs: 80105N105 / 762426AC8 / 762426401 / 80105N204) | SANO |
| Credit Suisse Group AG (CUSIP: 225401108) | CRED | Santander UK Plc (CUSIPs: 002920106 / 002920700) | SANT |
| CRH Plc. (CUSIP: 12626K203) | CRHP | Sanuk 8 3/4 Perp (CUSIP: 002920205) | SANU |
| Crucell NV (CUSIP: 228769105) | CRUC | Sap SE (CUSIPs: 803054204 / 803054303) | SAPS |
| Dai Nippon Printing Co Ltd (CUSIP: 233806306) | DAIN | Sappi Ltd. (CUSIPs: 803069103 / 803069202 / 108510041) | SAPP |
| Danka Business Systems Plc (CUSIP: 236277109) | DABS | Sasol Ltd. (CUSIP: 803866300) | SASO |
| DBS Group Holdings Ltd (CUSIP: 23304Y100) | DBSG | Sberbank of Russia Pjsc (CUSIP: 80585Y308) | SBER |
| Delhaize Group Sca (CUSIP: 29759W101) | DELH | Scor SE (CUSIP: 80917Q106) | SCOR |
| Deutsche Bank AG (CUSIP: 251525309) | DEUT | Scottish Power Plc (CUSIPs: 81013T408 / 81013T705) | SCOT |
| Deutsche Lufthansa AG (CUSIPs: 251561304 / 549836500) | DEUL | Sega Sammy Holdings Inc (CUSIP: 815794102) | SEGA |
| Deutsche Post AG (CUSIP: 25157Y202) | DEUP | Sekisui House Ltd (CUSIP: 816078307) | SEKI |
| Diageo Plc (CUSIPs: 25243Q205 / 25243Q106 / 402033302) | DIAG | Serono (CUSIP: 81752M101) | SERO |
| Dollar Pref Restricted 4-2 b e (CUSIPs: 6162*1019 / 6162*1017) | DOLL | Seversky Tube Works Pjsc (CUSIP: 818146102) | SEVE |
| Dominion Mining Ltd (CUSIP: 257457309) | DOMN | Shell Transport & Trading Co l (CUSIP: 822703609) | SHEL |
| Drdgold Ltd (CUSIPs: 26152H103 / 26152H301 / 266597301) | DRDG | Shiseido Co Ltd (CUSIP: 824841407) | SHIS |
| Dresdner Bank AG (CUSIPs: 261561302 / 261561401) | DRES | Shoprite Holdings Ltd (CUSIP: 82510E209) | SHOP |
| Ducati Motor Holding Spa (CUSIP: 264066101) | DUCA | Sibanye Gold Ltd (CUSIPs: 03840M109 / 825724206) | SIBA |
| Eletropaulo Metropolitana Elet (CUSIP: 286203302) | ELET | Signet Jewelers Ltd (CUSIP: 82668L872) | SIGN |
| Elf Aquitaine SA (CUSIP: 286269105) | ELFA | Sims Metal Management Ltd (CUSIP: 829160100) | SIMS |
| Embotelladora Andina SA (CUSIPs: 29081P204 / 29081P303) | EMBO | Six Continents Ltd (CUSIP: 830018107) | SIXC |
| Embratel Participacoes SA (CUSIPs: 29081N100 / 29081N209) | EMBR | Sky Plc (CUSIP: 111013108) | SKYP |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| Empresas Ica Sab de CV (CUSIP: 292448107) | EMPR | Smithkline Beecham Ltd (CUSIP: 832378301) | SMIT |
| Engie Brasil Energia SA (CUSIPs: 892360108 / 29286U107 / 892360306) | ENGI | Sociedad Qumica y Minera De C (CUSIP: 833636103) | SOCI |
| Eni Lasmo Plc (CUSIP: 501730204) | ENIL | Sociedad Qumica y Minera de Chile (CUSIP: 833635105) | SQMC |
| Eni Spa (CUSIP: 26874R108) | ENSP | Societe Generale SA (CUSIPs: 784320103 / 784320202 / 83364L109) | SOGE |
| Eniim 10 Perp (CUSIP: 501730303) | ENII | Sodexo SA (CUSIP: 833792104) | SODE |
| Erste Group Bank AG (CUSIP: 296036304) | ERST | Softbank Group Corp (CUSIP: 471104109) | SOFT |
| Evraz Highveld Steel & Vanadiu (CUSIP: 30050A301) | EVRA | Southern Electric Plc 144a (CUSIPs: 842809709 / 842809402) | SOUT |
| Ferguson Plc (CUSIP: 97786P100) | FERG | Spark New Zealand ltd (CUSIPs: 84652A102 / 879278307 / 879278208) | SPAR |
| Fibria Celulose SA (CUSIP: 92906P106) | FIBR | Sse Plc (CUSIPs: 810133405 / 810133702 / 81012K309) | SSEP |
| Fila Holding S.P.A. (CUSIP: 316850106) | FILA | Standard Bank Group Ltd (CUSIP: 853118206) | STAN |
| Fomento Economico Mexicano Sab (CUSIP: 344419106) | FOME | Statoil Asa (CUSIP: 85771P102) | STAT |
| Foster's Group Pty Ltd (CUSIP: 350258307) | FOST | Submarino S.A. - Reg s (CUSIPs: 86431P300 / 86431P508) | SUBM |
| Fresenius Medical Care AG & Co (CUSIPs: 358029106 / 358029205) | FRES | Sumitomo Mitsui Financial Group (CUSIP: 865622104) | SUMI |
| Gallaher Group Ltd (CUSIP: 363595109) | GALA | Suncorp Group Ltd (CUSIP: 867232100) | SUNC |
| Gates Worldwide Ltd (CUSIP: 890030208) | GATE | Surgutneftegas Ojsc (CUSIPs: 46625F104 / 868861204 / 868861105) | SURG |
| Gazprom Neft Pjsc (CUSIP: 36829G107) | GAZP | Svenska Cellulosa Ab Sca (CUSIP: 869587402) | SVEN |
| Gazprom Pjsc (CUSIPs: 47973C305 / 753317304 / 753317205 / 753317106) | GAPP | Swedish Match Ab (CUSIP: 870309507) | SWED |
| Genesys (CUSIP: 37185M209) | GENE | Swire Pacific Ltd (CUSIPs: 870794302 / 870794401 / 870797404) | SWIR |
| Gerdau SA (CUSIP: 373737105) | GERD | Swisscom AG (CUSIP: 871013108) | SWIS |
| Getlink SE (CUSIP: 39944Q109) | GETL | Syngenta AG (CUSIP: 87160A100) | SYNG |
| Glaxosmithkline Plc (CUSIP: 37733W105) | GLAX | Tabcorp Holdings Ltd (CUSIP: 873306203) | TABC |
| Gol Linhas Aereas Inteligent (CUSIP: 38045R107) | GOLL | Tata Communications Ltd (CUSIPs: 876564105 / 92659G402 / | TATA |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| | | 92659G600 / 92659G303) | |
| Gold Fields Ltd (CUSIPs: 262026503 / 38059R100 / 38059T106 / 380596205 / 957654304) | GOLD | Tate & Lyle Plc (CUSIP: 876570607) | TATE |
| Grupo Aeroportuario del Centro (CUSIP: 400501102) | GRUP | Tatneft Pjsc (CUSIPs: 03737P207 / 03737P108 / 65486P100 / 876629205) | TATN |
| Grupo Aeroportuario del Pacifi (CUSIP: 400506101) | GADP | TDC A/S (CUSIP: 87236N102) | TDCA |
| Grupo Aeroportuario del Surest (CUSIP: 40051E202) | GADS | Tele Celular Sul Part S.A. (CUSIP: 879238103) | TELC |
| Grupo Casa Saba Sab de CV (CUSIP: 40048P104) | GCSS | Tele Centro Oeste Celular Part (CUSIP: 87923P105) | TECE |
| Grupo Elektra, S.A. De C.V. (CUSIP: 40050A102) | GREL | Tele Nordeste Celular Particip (CUSIP: 87924W109) | TELN |
| Grupo Financiero Banorte Sab D (CUSIPs: 400486106 / 059456400 / 059456509 / 40051M106 / 40052P107 / 400486304 / 40051M204) | GRFI | Tele Norte Leste Participacoes (CUSIPs: 87924Y105 / 879246106) | TNLP |
| Grupo Mex Desarrollo (CUSIPs: 40048G104 / 40048G203) | GRMD | Tele Sudeste Celular Participa (CUSIPs: 87943B102 / 879252104) | TELS |
| Grupo Televisa SAB (CUSIP: 40049J206) | GRTS | Tele2 AB (CUSIPs: 87952P109 / 87952P208) | TELE |
| Hannover Rueck SE (CUSIP: 410693105) | HANN | Telecomunicacoes Brasileiras S (CUSIP: 879287209) | TECB |
| Harmony Gold Mining Co Ltd (CUSIP: 413216300) | HAGO | Telekom Austria AG (CUSIP: 87943Q109) | TELA |
| Hbos Plc (CUSIP: 42205M106) | HBOS | Telekomunikasi Indonesia Perse (CUSIP: 715684106) | TELI |
| Hellenic Telecommunications OR (CUSIP: 423325307) | HETE | Telemig Celular Participacoes (CUSIP: 87944E105) | TECP |
| Henkel AG & Co KGAA (CUSIP: 42550U109 / 42550U208) | HENK | Telesp Participacoes S.A. (CUSIPs: 87952L108 / 87952K100) | TESP |
| Hillsdown Holdings Plc (CUSIP: 432586204) | HILL | Telkom SA Soc Ltd (CUSIP: 879603108) | TELK |
| HMS Hydraulic Machines & Syste (CUSIP: 40425X100) | HMSH | Telstra Corp Ltd (CUSIPs: 87969N204 / 87969N303 / 87969N105) | TEST |
| Hoechst Gmbh (CUSIP: 434390308) | HOEC | Ternium Mexico SA De Cv (CUSIP: 880890108) | TERN |
| Hot Telecommunication System I (CUSIP: 576561104) | HOTT | Tesco Plc (CUSIPs: 881575302 / 098561202) | TESC |
| Hydromet Corp Ltd (CUSIP: 449003102) | HYDR | Teva Pharmaceutical Industries (CUSIPs: 881624209 / 16361E108 / 50540H104) | TEVA |
| Igate Computer Systems Ltd (CUSIP: 703248203) | IGAT | Tiger Brands Ltd (CUSIPs: 88673M102 / 88673M201 / 886911106) | TIGR |
| Imperial Holdings Ltd (CUSIPs: 452833106 / 452833205) | IMPE | TMK Pjsc (CUSIP: 87260R300) | TMKP |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| **Incitec Pivot Ltd** (CUSIP: 45326Y206) | INCI | **Total SA** (CUSIPs: 89151E109 / 716485206) | TOTA |
| **Indosat Tbk Pt** (CUSIP: 744383100) | INDO | **Transcom Worldwide SA** (CUSIPs: 893234104 / 893545103 / 893545202 / 894116102) | TRAN |
| **Indusind Bank Ltd** (CUSIP: 45579Q108) | INDU | **Trend Micro Inc/Japan** (CUSIP: 89486M206) | TREN |
| **Industrias Bachoco Sab de CV** (CUSIP: 456463108) | INDB | **Turkiye Garanti Bankasi AS** (CUSIPs: 900148305 / 900148701 / 900151101) | TURK |
| **Industrie Natuzzi S.P.A.** (CUSIP: 456478106) | INDU | **Tv Azteca Sab De Cv** (CUSIP: 901145102) | TVAZ |
| **Informa Plc** (CUSIPs: 093529204 / 45672B206 / 45672B305 / 90265U203 / 90969M101) | INFO | **UBS AG** (CUSIP: 90261R105) | UBSA |
| **Intercontinental Hotels Group** (CUSIPs: 45857P103 / 458573102 / 458573201) | INTE | **Ultrapar Participacoes SA** (CUSIP: 90400P101) | ULTR |
| **International Power Ltd** (CUSIP: 46018M104) | INPO | **Unibail-Rodamco SE** (CUSIP: 960224103) | UNIB |
| **Intesa Sanpaolo Spa** (CUSIPs: 05944F104 / 46115H107) | INTS | **Unified Energy System Oao** (CUSIPs: 904688108 / 904688405) | UNIF |
| **Invensys Ltd** (CUSIP: 461204109) | INVE | **Union Andina de Cementos SAA** (CUSIP: 904845104) | UNIO |
| **Inversiones Aguas Metropolitan** (CUSIP: 46128Q201) | INAM | **United Overseas Bank Ltd** (CUSIPs: 911271302 / 910903301) | UNIT |
| **Itau Unibanco Holding SA** (CUSIPs: 059602102 / 465562106 / 059602201 / 90458E107) | ITAU | **Usinas Siderurgicas de Minas G** (CUSIP: 917302408) | USIN |
| **J Sainsbury Plc** (CUSIP: 466249208) | SAIN | **Van Der Moolen Holding Nv** (CUSIP: 921020103) | VAND |
| **Johnson Matthey Plc** (CUSIPs: 479142309 / 479142408 / 479142507) | JOHN | **Veolia Environnement SA** (CUSIP: 92334N103) | VEOL |
| **Julius Baer Group Ltd** (CUSIP: 481369106) | JULI | **Vimpel-Communications Pjsc** (CUSIPs: 92719A106 / 92719A304) | VIMP |
| **Kidde Plc** (CUSIP: 493793103) | KIDD | **Vina Concha y Toro SA** (CUSIP: 927191106) | VINA |
| **Kingfisher Plc** (CUSIPs: 495724403 / 495724205 / 495724304) | KING | **Vivendi SA** (CUSIPs: 137041208 / 204390108 / 419312202 / 92851S105 / 92851S204) | VIVE |
| **Kingsgate Consolidated Ltd** (CUSIP: 496362104) | KIGA | **Vodafone Airtouch Plc** (CUSIP: 92857T107) | VODA |
| **Klabin SA** (CUSIPs: 45647P108 / 49834M100) | KLAB | **Vodafone Group Plc** (CUSIPs: 92857W308 / 698113107 / 87926R108 / 92857W209 / 92857W100 / 92858M101) | VODG |
| **Komatsu Ltd** (CUSIP: 500458401) | KOMA | **Wacoal Holdings Corp** (CUSIP: 930004205) | WACO |
| **Komercni Banka AS** (CUSIP: 500459409) | KOME | **Wal-mart de Mexico Sab De Cv** (CUSIP: 93114W107) | WALM |

| ADR/CUSIPs | Code (To be entered in PART III above) | ADR/CUSIPs | Code (To be entered in PART III above) |
|---|---|---|---|
| **Koninklijke Ahold N.V.** (CUSIPs: 500467303 / 500467402 / 500467AA3) | **KONI** | **Wavecom SA** (CUSIP: 943531103) | **WAVE** |
| **Koor Industries Ltd** (CUSIP: 500507108) | **KOOR** | **Westpac Banking Corporation** (CUSIPs: 789547106 / 961214301) | **WEST** |
| **Kroton Educacional SA** (CUSIP: 50106A402) | **KROT** | **Wind Hellas Telecommunications** (CUSIPs: 859823106 / 88706Q104) | **WIND** |
| **Kumba Iron Ore Ltd** (CUSIP: 50125N104) | **KUMB** | **WMC Limited** (CUSIPs: 928947100 / 92928R106) | **WMCL** |
| **Ladbroke Group Inc** (CUSIPs: 505727305 / 505730101) | **LADB** | **Woodside Petroleum Ltd** (CUSIP: 980228308) | **WOOD** |
| **Lagardere Sca** (CUSIP: 507069102) | **LAGA** | **Woolworths Holdings Ltd/South** (CUSIPs: 480209402 / 98088R109 / 98088R505) | **WOOL** |
| **Lan airlines S.A.** (CUSIP: 501723100) | **LANA** | **Zurich Insurance Group AG** (CUSIPs: 01959Q101 / 98982M107 / 989825104) | **ZURI** |