UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: THE BANK OF NEW YORK MELLON ADR FX LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | 16-CV-00212-JPO-JLC<br><br>ECF Case<br><br>**NOTICE OF AND MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order of January 17, 2019 (ECF No. 149), Plaintiffs David Feige, International Union of Operating Engineers Local 138 Annuity Fund, Annie L. Normand, Diana Carofano and Chester County Employees Retirement Fund (collectively, "Lead Plaintiffs") hereby move this Court, before the Honorable J. Paul Oetken, on June 17, 2019 at 3:00 p.m., in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for entry of an Order and Final Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate.[1]  This Motion is supported by the contemporaneously filed Joint Declaration of Sharan Nirmul and Daniel P. Chiplock and exhibits thereto, Declarations of Lance Cavallo of Kurtzman Carson Consultants LLC and Jeanne C. Finegan of HF Media LLC and exhibits thereto, the Memorandum of Law in

---

[1] A proposed Judgment and Order granting the requested relief will be submitted with Lead Plaintiffs' reply papers on June 10, 2019, after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Support of Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation, and any other submissions the Court may require.

Dated:  April 29, 2019                    Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By:  /s/ Sharan Nirmul

Joseph H. Meltzer
Sharan Nirmul
Ethan Barlieb
Jonathan F. Neumann
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
snirmul@ktmc.com
ebarlieb@ktmc.com
jneumann@ktmc.com

*Interim Lead Counsel for Plaintiffs and the Settlement Class*

**HACH ROSE SCHIRRIPA & CHEVERIE, LLP**

By:   /s/ Frank R. Schirripa

Frank R. Schirripa
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028
fschirripa@hrsclaw.com

*Counsel for Plaintiff International Union of Operating Engineers Local 138 Annuity Fund*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:  /s/ Daniel P. Chiplock

Daniel P. Chiplock
Daniel E. Seltz
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
dchiplock@lchb.com
dseltz@lchb.com
mmiarmi@lchb.com

Elizabeth J. Cabraser
Robert L. Lieff (*of counsel*)
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
rlieff@lchb.com

*Interim Lead Counsel for Plaintiffs and the Settlement Class*