UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: THE BANK OF NEW YORK
MELLON ADR FX LITIGATION

16-CV-212 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Counsel for the Settlement Class shall respond on or before August 28, 2020, to the questions raised by potential Settlement Class Member Ted Huey in his docketed letters dated June 28, 2020, and July 27, 2020.

SO ORDERED.

Dated: August 11, 2020
New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*